FILED
IN CLERK'S OFFICE

2005 APR -7  A 9: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

------------------------------------x

In re the Application of                    :

Kayat Trading Limited,                      :

           Petitioner,               :   Misc. Docket _____

For an Order To Take Discovery of           :   **05 MBD 10147 GAO**

Genzyme Corporation,                        :

           Respondent,               :

Pursuant to 28 U.S.C. § 1782.               :

------------------------------------x

**APPLICATION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE**

Petitioner Kayat Trading Limited ("Kayat") hereby respectfully requests that the Court issue an Order to Show Cause in the form attached hereto as Exhibit 1. In support of this request, Kayat refers the Court to the Affidavit of Andreas G. Ladas, Memorandum of Law in Support of Petition for Discovery Pursuant to 28 U.S.C. § 1782, and Statement pursuant to Local Rule 7.3.

Dated: April 6, 2005

                                           Respectfully submitted,
                                           KAYAT TRADING LIMITED
                                           By Its Attorneys

                                           _____
                                           Stephen Y. Chow, BBO#082990
                                           Michael P. Twohig, BBO#648079
                                           PERKINS SMITH & COHEN LLP
                                           One Beacon Street
                                           Boston, Massachusetts 02108
                                           (617) 854-4000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re the Application of                               :

Kayat Trading Limited,                                 :

            Petitioner,                      :       Misc. Docket _____

For an Order To Take Discovery of                      :

Genzyme Corporation,                                   :       ***ORDER TO SHOW CAUSE***

            Respondent,                      :

Pursuant to 28 U.S.C. § 1782.                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      Upon the annexed Affidavit of Andreas G. Ladas executed March 23, 2005 with attached exhibits, and the accompanying Memorandum of Law and Local Rule 7.3 Statement of Kayat Trading Limited, and sufficient cause having been alleged therefor, it is hereby

      ORDERED that Genzyme Corporation show cause before this Court at the John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, Courtroom _____ on April ___, 2005, at _____ a.m./p.m., or as soon thereafter as counsel may be heard why an order in the form annexed hereto as Exhibit A should not be issued and entered pursuant to 28 U.S.C. § 1782(a) requiring respondent Genzyme Corporation to provide discovery in aid of the District Court of Nicosia, Cyprus in the matter of Kayat Trading Limited v. Genzyme Corporation, Action No. 7462/02;

      ORDERED that personal service of a copy of this Order together with a copy of the papers upon which it is granted by hand delivery to Genzyme Corporation, 555

1

Kendall Street, Cambridge, Massachusetts on or before April ___, shall be deemed good and sufficient service; and it is further

    ORDERED that opposing affidavits, answering memoranda of law and any other papers in opposition to the above motion, if any, must be served upon counsel for the applicant such that they are received on or before the close of business on April ____, 2005.

SO ORDERED.

Dated: Boston, Massachusetts
       April ___, 2005

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re the Application of | : | |
| Kayat Trading Limited, | : | **05MBD 10147** |
| Petitioner, | : | Misc. Docket _____ |
| For an Order To Take Discovery of | : | |
| Genzyme Corporation, | : | ***ORDER PURSUANT TO*** |
| Respondent, | : | ***28 U.S.C. § 1782*** |
| Pursuant to 28 U.S.C. § 1782. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Having considered the evidence and arguments presented by petitioner Kayat Trading Limited ("Kayat") and respondent Genzyme Corporation ("Genzyme"), and sufficient cause having been alleged therefor, it is hereby

ORDERED that Genzyme produce, on or before _____, 2005, pursuant to Fed. R. Civ. P. 34, including, if in electronic form, all metadata such as time stamps, authors, addressees, and revisions:

1. Documents setting forth Genzyme's unit and dollar volume of melatonin product sales for each market into which it sold such product for each month from January 1, 1995, through December 31, 2003.

2. Documents setting forth Genzyme's forecasts of unit and dollar volume of melatonin product sales for each market into which it sold such product for each month from January 1, 1995, through December 31, 2003.

3. All documents concerning Genzyme's plans for sales of melatonin product into any country formerly part of the Soviet Union for any period including any portion of the period from January 1, 1995, through December 31, 2003.

4. All documents concerning the regulation of MelaPure as a medicine in any country formerly part of the Soviet Union.

i

5. All documents concerning Genzyme's cessation or transfer to another entity of its melatonin business.

6. All documents concerning Kayat or any person who purported to act for Kayat.

7. All communications by or with Roger Sparrow concerning any aspect of Genzyme's melatonin business.

8. All communications by or with Frank Ollington concerning any aspect of Genzyme's melatonin business.

9. All communications by or with Mara Aspinall concerning any aspect of Genzyme's melatonin business.

10. All communications by or with Carol Greve-Phillips concerning any aspect of Genzyme's melatonin business.

ORDERED that Genzyme produce between one month and three months after completion of the production of the above-mentioned documents witnesses for deposition upon oral examination pursuant to Fed. R. Civ. P. 30 authorized to authenticate the documents, provide access information, if not previously provided, and designated to speak for Genzyme on the subject matter of the documents; and it is further

ORDERED that any disputes relating to the above discovery may be presented to United States Magistrate _____ for resolution in accordance with the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: Boston, Massachusetts
April ___, 2005

_____
United States District Judge

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

05MBD 10147-GAO

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS — Petitioner
Kayat Trading Limited

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)
Nicosia, Cyprus

(c) Attorney's (Firm Name, Address, and Telephone Number) 617-854-4000
Stephen Chow, Michael P. Twohig, Perkins Smith & Cohen, 1 Beacon St., Boston, MA 02108

## DEFENDANTS
Genzyme Corporation

County of Residence of First Listed Defendant Middlesex, MA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Unknown

FILED IN CLERKS OFFICE
2005 APR -7 A 10:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1782

Brief description of cause:
Petition for discovery for use in foreign legal proceeding.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE April 6, 2005
SIGNATURE OF ATTORNEY OF RECORD /s/

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Kayat Trading Limited v. Genzyme Corporation__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.  160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☒ II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,  *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

   ☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

   ☐ IV. 220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   ☐ V. 150, 152, 153.

   **05 MBD 10147-GAO**

   FILED IN CLERK'S OFFICE
   2005 APR -7 A 9:40
   U.S. DISTRICT COURT
   DISTRICT OF MASS.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   __N/A__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☒    Central Division ☐    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   N/A   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Michael P. Twohig__
ADDRESS __Perkins, Smith & Cohen, LLP, One Beacon Street, 30th Flr., Boston, MA 02108__
TELEPHONE NO. __617-854-4000__

(CategoryForm.wpd - 2/15/05)