IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re the Application of                        :

Kayat Trading Limited,                          :

        Petitioner,                 :          Misc. Docket _____

For an Order To Take Discovery of               :

Genzyme Corporation,                            :

        Respondent,                 :

Pursuant to 28 U.S.C. § 1782.                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FILED
IN CLERKS OFFICE

2005 APR -7  A 9:41

U.S. DISTRICT COURT
DISTRICT OF MASS.

## STATEMENT OF KAYAT TRADING LIMITED
## PURSUANT TO L.R. 7.3

Petitioner Kayat Trading Limited ("Kayat") hereby states, pursuant to Massachusetts District Court Local Rule 7.3, that it has no parent corporation and that no publicly traded company owns 10 percent or more of Kayat.

Dated: April 6, 2005

Respectfully submitted,
KAYAT TRADING LIMITED
By Its Attorneys

Stephen Y. Chow, BBO#082990
Michael P. Twohig, BBO#648079
PERKINS SMITH & COHEN LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 854-4000

1