UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-MBD-10147-GAO

KAYAT TRADING LIMITED,
Petitioner

v.

GENZYME CORPORATION,
Respondent

ORDER FOR NOTICE AND RESPONSE
April 11, 2005

O'TOOLE, D.J.

Upon consideration of the petitioner's application for issuance of an order to show cause (Dkt. No. 1), the Court makes the following orders:

1. Within seven days of the issuance of this Order, the petitioner shall serve, upon the respondent at the respondent's Massachusetts business address and upon the respondent's counsel, if known to the petitioner, a copy of all papers filed and docketed in this matter and a copy of this Order;

2. Within fourteen days of receipt of this Order, the respondent shall serve upon the petitioner and file with the Court its response to the petitioner's petition for discovery pursuant to 28 U.S.C. § 1782; and

3. A hearing will be held on the petition for discovery on ~~Wednesday~~ Monday, May ~~18~~ 23, 2005, at 2 p.m. in Courtroom 9, United States Courthouse.

It is SO ORDERED.

_April 12, 2005_    _[signature]_
DATE                DISTRICT JUDGE