UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re the Application of Kayat Trading
Limited,
                Petitioner,

For an Order to Take Discovery of Genzyme
Corporation,
                Respondent

Pursuant to 28 U.S.C. § 1782

C.A. No. 05-MBD-10147-GAO

**MOTION TO EXTEND TIME**

Respondent Genzyme Corporation ("Genzyme"), with the assent of petitioner Kayat Trading Limited ("Kayat"), moves to extend until May 16, 2005 the time for Genzyme to serve and file its response to this petition for discovery under 28 U.S.C. § 1782. Genzyme states that it needs this additional time to consult with both its Cyprus and U.S. counsel and prepare its response. Genzyme does not seek to defer the hearing on the pending petition scheduled for May 23, 2005 at 2:00 p.m.

Assented to for Kayat by:

By its attorneys,

/s/ Stephen Y. Chow
Stephen Y. Chow (BBO #082990)
Perkins, Smith & Cohen
One Beacon Street, 30th Floor
Boston, MA  02108-3106
(617) 854-4000

/s/ Scott P. Lewis
Scott P. Lewis (BBO #298740)
Ruth T. Dowling (BBO #645568)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199-7613
(617) 239-0100

April 20, 2005