IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re the Application of                    :

Kayat Trading Limited,                      :

        Petitioner,                 :    05-MBD-10147-GAO

For an Order To Take Discovery of           :

Genzyme Corporation,                        :

        Respondent,                 :

Pursuant to 28 U.S.C. § 1782.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### AFFIDAVIT OF STEPHEN Y. CHOW, ESQ. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4 REGARDING PROOF OF SERVICE OF PROCESS

I, Stephen Y. Chow, hereby depose and say as follows:

1. I am an attorney admitted to the bar of the Commonwealth of Massachusetts. I am a partner in the law firm Perkins Smith & Cohen LLP. I represent the petitioner, Kayat Trading Limited ("Kayat"), in the above-captioned action. I am at least 18 years of age.

2. I make this affidavit pursuant to Fed. R. Civ. P. 4(l) to confirm that service of the petition and all other documents on file in the above referenced case was effectuated on April 14, 2005.

1

3. On that date, I forwarded via First Class U.S. mail to the Legal Department of respondent Genzyme Corporation ("Genzyme"), with a copy via overnight mail to Genzyme's attorney, Scott P. Lewis, a true and accurate copy of the following documents:

    (1) Order for Notice and Response dated April 12, 2005 (paper #5) in the above referenced matter;

    (2) Paper #1 (Proposed Orders) in the above referenced matter;

    (3) Paper #2 (L.R. 7.1 Statement)) in the above referenced matter;

    (4) Paper #3 (Petition) in the above referenced matter; and

    (5) Affidavit of Andreas G. Ladas (copy filed as paper #4) in the above referenced matter.

Signed under the pains and penalties of perjury this 2nd day of May, 2005.

_____
Stephen Y. Chow

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served Scott P. Lewis, attorney of record for respondent Genzyme Corporation, via First Class U.S. Mail on May 2, 2005 at the following address:

Scott P. Lewis, Esq.
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613

_____
Michael P. Twohig