UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re the Application of Kayat Trading Limited,<br>                  Petitioner,<br><br>For an Order to Take Discovery of Genzyme Corporation,<br>                  Respondent<br><br>Pursuant to 28 U.S.C. § 1782 | C.A. No. 05-MBD-10147-GAO |

**GENZYME'S CORPORATE DISCLOSURE STATEMENT**

In accordance with L.R. 7.3(A), respondent Genzyme Corporation states that it has no parent corporation and (to the best of its knowledge based upon filings with the SEC) no publicly held company owns 10% or more of its stock.

                                                          By its attorneys,

                                                          /s/ Scott P. Lewis
                                                          _____
                                                          Scott P. Lewis (BBO #298740)
                                                          PALMER & DODGE LLP
                                                          111 Huntington Avenue
                                                          Boston, MA 02199
                                                          (617) 239-0100

May 16, 2005

126833.1