**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re the Application of | : | |
| Kayat Trading Limited, | : | |
|         Petitioner, | : | 05-MBD-10147-GAO |
| For an Order To Take Discovery of | : | |
| Genzyme Corporation, | : | |
|         Respondent, | : | |
| Pursuant to 28 U.S.C. § 1782. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## MOTION OF KAYAT TRADING LIMITED FOR LEAVE TO FILE SUPPLEMENTAL AFFIDAVIT OF ANDREAS G. LADAS

Petitioner Kayat Trading Limited ("Kayat") hereby respectfully requests that the Court grant it leave to file a supplemental Affidavit of Andreas G. Ladas in response to the Opposition and Affidavit of P.G. Polyviou filed by respondent Genzyme Corporation. In support of this motion, Kayat states that the supplemental Affidavit of Andreas G. Ladas and attached exhibits are necessary to respond to issues raised by Genzyme in its Opposition and the Affidavit of P.G. Polyviou, in particular the status of the Cyprus proceedings and the significance of the District Court of Nicosia's interim ruling regarding the suitability of Cyprus as the judicial forum for Kayat's underlying action against Genzyme. The supplemental Affidavit of Andreas G. Ladas, with attached exhibits AGL6A and AGL6B, is submitted herewith.

Dated: May 20, 2005 

Respectfully submitted,
KAYAT TRADING LIMITED
By Its Attorneys,

/s/ Michael P. Twohig
_____

Stephen Y. Chow, BBO#082990
Michael P. Twohig, BBO#648079
PERKINS SMITH & COHEN LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 854-4000

2