**1**



**PHARMACEUTICALS**

37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

## Fax Transmission

**To: Kayat Trading Ltd, Mrs H Achkar**

**From: Roger Sparrow**          **7 July 1997**          **Page 1 of 1**

Direct Fax Line (44) 1440 716286
Direct Phone Line (44) 1440 716232                    Mobile: (44) 0410 393635

Dear Huguette

Just a note to clarify the agreement you have with Genzyme.

The terms and conditions for the signed contract have been confirmed by Boston on the signed agreement of 1 July 1997.

However certain local conditions have been agreed with the supplying company Genzyme Pharmaceuticals England. These are as follows:

Contract will run for 3 years from the date of the issue of the license

Payment terms will be agreed locally through letter of credit, payable into a UK Bank 90 days.

Please add this amendment to your copy of the contract.

Sincerely

Roger Sparrow
Sales Director, Finished Dosage Form Pharmaceuticals



A Division of Genzyme Limited.
Registered in England No 1556866. Registered Office: 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England



**2**

МІНІСТЕРСТВО ОХОРОНИ
ЗДОРОВ"Я УКРАЇНИ

UKRANIAN MINISTRY
FOR HEALTH PROTECTION



**УКРАЇНСЬКЕ НАУКОВЕ
ТЕРАПЕВТИЧНЕ ТОВАРИСТВО**
Україна, 252034, Київ-34, б.Шевченка, 17
тел./044/ 224-59-15, 225-62-35,
221-08-91 додат.3-38, факс: /044/ 224-59-15
Пейджер 460-5-460 N13829
*Розрахунковий рахунок N 260091022131 в АКБ "Антарес", МФО 322465*
*ОКПО 19356521*

**UKRANIAN SCIENTIFIC
THERAPEUTICAL SOCIETY**
252034 17, Schevchenko Boul., Kiev-34,
tel./044/224-59-15, 225-62-35,
221-08-91add.3-38, fax: /044/ 224-59-15
P.:460-5-460 N13829

Киев                                                             25.02.1998г.

Директору ООО «АНИТ»
Г-ну Кондрашкину А. Н.

Уважаемый Александр Николаевич !

В соответствии с Договором от 04.08.1997 г. между Украинским международным центром Терапевтических Исследований и ООО «АНИТ» нами завершена работа по оценке пересперктив продаж на рынке Украины препарата Мелатонин Мелапур производства фирмы Джензим.

Данная работа базировалась на трех основных напрвлениях:
1. Изучение результатов испытаний, проведенных в:
   Российской медицинской академии последипломного образования
   Московской медицинской академии им. И. М. Сеченова
   Национальном медицинском Университете г.Киева
   Украинской академии последипломного образования
2. Анализ исследований, проведенных западными учеными.
3. Анализ потребностей и возможностей закупок рынка Украины.

Основные результаты нашей работы представлены ниже:

1. Проведенные как в Москве и Киеве испытаний дали интересные и положительные результаты, такие как: нормализация циклов сна и бодрствования, улучшения общего настроения и активности пациентов, улучшение состояния психической и интеллектуальной функций и некоторые другие.
2. Исследования русских и украинских медиков подтвердили результаты исследований западных ученых ( У. Пьеарнаоли, У. Регельсон, Р. Рейтер, Н. Линциони ) на предмет того, что Мелатонин помогает бороться со стрессами, способствует снижению уровня холестерина, оказывает положительное влияние на иммунную систему, способствует профилактике сердечно-сосудистых заболеваний, может ингибировать развитию раковых заболеваний на их ранней стадии. Последнее обстоятельство представляет на наш взгляд особое значение для Украины, принимая во внимание достаточно сложную радиационную ситуацию в некоторых регионах страны, связанную с последствиями аварии на Чернобыльской АЭС.
   Нами были проведены соответствующие консультации по этому вопросу с главными специалистами Минздрава и соответствующие научные исследования в ведущих клиниках Украины противорадиационного профиля.
   В результате данных работ мы получили заключения о пресспективах применения Мелатонина в качестве превентивного средства для людей, проживающих в районах с повышенным уровнем радиации и степенью риска заболеваемости раком подтверждающие данные мировой литературы.

МІНІСТЕРСТВО ОХОРОНИ
ЗДОРОВ"Я УКРАЇНИ

UKRANIAN MINISTRY
FOR HEALTH PROTECTION



УКРАЇНСЬКЕ НАУКОВЕ
ТЕРАПЕВТИЧНЕ ТОВАРИСТВО
Україна, 252034, Київ-34, б.Шевченка, 17
тел./044/ 224-59-15, 225-62-35,
221-08-91 додат.3-38, факс: /044/ 224-59-15
Пейджер 460-5-460 N13829
Розрахунковий рахунок N 260091022131 в АКБ "Антарес", МФО 322465
ОКПО 19356521

UKRANIAN SCIENTIFIC
THERAPEUTICAL SOCIETY
252034 17, Schevchenko Boul., Kiev-34,
tel./044/224-59-15, 225-62-35,
221-08-91add.3-38, fax: /044/ 224-59-15
Р.:460-5-460 N13829

Мы полагаем, что препарат Мелатонин должен быть включен в перечень медикаментов, жизненно необходимых населению Украины.

Закупка Мелатонина должна обеспечиваться государственными клиниками, которые обслуживают население в соответствии с Конституцией Украины бесплатной медицинской помощью за счет бюджетных средств.

Мы также считаем возможным заключение соответствующих договоров с санаторно – профилактическими диспансерами о включении мелатонина в перечень лекарственных средств, используемых в этих учреждениях.

В общих оценках емкости рынка Украины мы исходили из того, что основными потребителями Мелатонина будут люди в возрасте 30 – 70 лет.

На наш взгляд, определяющими для пациентов мотивами начала приема Мелатонина должны быть снижение стрессовых нагрузок, нормализация циклов сна и бодрствования, улучшения общего настроения и активности, состояния психики и интеллекта, профилактика раковых заболеваний.

По нашей оценке до 5% населения Украины, т.е. 2,5 млн. человек могут быть постоянными потребителями Мелатонина. Исходя из рекомендаций, полученных нами от специалистов, длительность курса курса приема Мелатонина должна составлять 6 месяцев.

При норме приема 1 – 2 таблетки в день для одного пациента в среднем необходимо 5 упаковок лекарства по 60 таблеток.

**Таким образом, общая потребность в Мелатонине оценивается в 12,5 млн. упаковок.**

С учетом того, что срок действия Регистрационного Удостоверения истекает в апреле 2002г., прогнозируемый объем продаж должен находиться на уровне более 200 тысяч упаковок Мелатонина в месяц.

Вполне естественно, что указанные возможности по продаже Мелатонина должны быть реализованы только при соответствующей и надлежащим образом организованной рекламной кампании.

Список мероприятий, которые, по нашему мнению, должны быть включены в рекламную кампанию, прилагается.

С уважением,

Передерий В. Г.
Председатель УМЦТИ
Доктор медицины,
Профессор

UKRAINIAN MINISTRY
FOR HEALTH PROTECTION
###########################################
UKRAINIAN SCIENTIFIC
THERAPEUTICAL SOCIETY

Kiev                                                    25.2.1998.
Mr. Kondrashkin
Director JV"ANIT"

Dear Mr. Kondrashkin,
In accordance with the Agreement of 04.08.97 between Ukrainian International Center of
Therapeutical Researches (UICTR) and JV"ANIT" we have completed the job for estimation of
the prospects of sales on market of Ukraine of preparation Melatonin Melapure produced by
Genzyme.
The present job was based on three main directions:
1. Study of the results of tests held in
- Russian Medical Academy after degree education,
- Moscow Medical Academy named after Sechenov,
- Kiev National Medical University,
- Ukrainian Academy after degree education.
2. Analysis of researches held by western scientists.
3. Analysis of the needs and potentials of Ukrainian market.

The main results of our job are given below.

1. The tests which were held in Moscow and Kiev gave interesting and positive results such as
making normal cycles of sleep and keeping awake, improvement of mood and activity of the
patients, improvement of psychological condition and intellectual functions and some others.

2. Researches of Russian and Ukrainian doctors confirmed the results of researches of western
scientists (U.Pierpaolly, U.Regelson, R.Reiter, P.Licconi) with object that Melatonin helps to fight
with stresses, assists to lowering of level of cholesterol, makes positive influence on support of
immunity system, assists to preservation of tissues from destruction, assists to prophylaxis of
cardio vascular diseases, may prevent development of cancer diseases at an early stage.
On our opinion the last attribute constitutes the particular significance for Ukraine, if we take into
consideration rather difficult radiation situation in some regions of the country connected with the
consequences of the crash on Chernobyl power station.
We have held corresponding consultations on this matter with the senior representatives of
Ministry of Health and corresponding tests in Ukrainian leading clinics of anti-radiation profile.
As a result of our job we have come to the conclusion about prospects of using Melatonin as a
preventive measure for the people living in the areas with a hightened level of radiation and degree
of risk of cancer sickness rate, which confirms facts in world literature.

We believe that preparation Melatonin should be included in the list of medicines which are vitally
necessary for the population of Ukraine.
Purchase of Melatonin should be provided by the state clinics which serve population with free
medical accistance at the account of budget means in accordance with the Constitution of
Ukraine.

At the same time we believe that corresponding agreements with sanatorium-prophylactic centers for including Melatonin in the list of medicines using in these establishments should be concluded.

In general estimations of the market capacity of Melatonin in Ukraine we were coming out from the point that the main consumers of Melatonin will be people at the age of 30 - 70.
On our opinion the decisive reasons for the patient to start using Melatonin should be lowering stress pressure, making normal cycles of sleep and keeping awake, improvement of general mood and activity, condition of psychology and intellect, prophylaxis of cancer diseases.

Under our estimation up to 5% of the country's population i.e. 2,5 mln people may be the permanent consumers of Melatonin. Coming out from the recommendations which we recieved from the specialists, duration of course of taking Melatonin should be around 6 months. Having a usual day dose 1-2 tablets for each patient on average, it will be necessary 5 bottles of the medicine by 60 tablets each for the one course of the patient.

**Thus the whole need in Melatonin is estimated as 12,5 mln. bottles.**

Taking into account that the period of validity of Registration Certificate expires in April 2002 the forecasted volume of sales should be at the level more than 200,000 bottles a month.

Quite naturally that the above opportunities of Melatonin sales can be realized only in case of corresponding and properly organised advertising campaign.
List of the measures which, on our opinion, should be included into a/m campaign is enclosed.

Yours faithfully,
V.G.Peredry.
Chairman of UICTR,
Doctor of medicine,
Professor.

**3**

August, 18, 1997

| СОГЛАШЕНИЕ | AGREEMENT |
|---|---|

Настоящее Соглашение заключено между ООО "АНИТ", в дальнейшем именуемым Дистрибьютор, и Kayat Trading Ltd., именуемой в дальнейшем Поставщик.

The present Agreement is concluded between ООО "ANIT" hereinafter referred to as the Distributor, and KAYAT TRADING LTD. hereinafter referred to as the Supplier.

## 1. ПРЕДМЕТ СОГЛАШЕНИЯ

ООО "АНИТ" является официальным эксклюзивным Дистрибьютором по продаже Мелатонина (продукт MelaPure производства фирмы Genzym) поставляемого компанией Kayat Trading Ltd., на территории Украины, в дальнейшем именуемой, как территория Дистрибьютора, на условиях настоящего Соглашения.

## 1. THE SUBJECT OF THE AGREEMENT

ООО "ANIT" is an official exclusive Distributor of Melapure MELATONIN product of Genzyme delivered by the company KAYAT TRADING LTD. in the territory of Ukraine, hereinafter referred to as the Distributor territory, on terms of the present Agreement.

## 2. ВЗАИМНЫЕ ОБЯЗАТЕЛЬСТВА СТОРОН

2.1. Поставщик обязуется не заключать контракты на поставку Продукта с юридическими либо физическими лицами на территории Дистрибьютора и своевременно информировать Дистрибьютора о поступающих от третьих лиц предложениях на импорт Продукта.

## 2. MUTUAL LIABILITIES OF THE PARTIES

2.1. The Supplier undertakes not to conclude any contracts for delivering the Product with any legal or natural persons in the Distributor territory and will inform the Distributor about any proposals for the Product import of any third parts.

2.2. Дистрибьютор обязуется ежесячно в течение срока действия настоящего Соглашения закупать не менее 20 паллет Продукта (каждая паллета содержит 4 800 упаковок по 60 таблеток по 3 мг Продукта) по

2.2. The Distributor undertakes to buy not less than 20 pallets of the Product per month during the validity of the present Agreement (each pallet carrying 4 800 bottles of 60 tablets of 3 MG of the Product) at the price of $ 15 (US $ fifteen)

цене $15 за единицу   (пятнадцать
долларов США).
При этом понимается, что закупки
должны начаться не позднее января
1997 года.

per unit.

2.3.Стороны на основе отдельного
соглашения проведут рекламную
кампанию Продукта.

2.3. The Parties will arrange advertising
campaign of the Product on the basis
of the separate agreement.

3.  УСЛОВИЯ   ПОСТАВКИ

3. TERMS OF THE DELIVERY

Поставки осуществляются на
условиях CIF, Киев и сопровожда-
ются следующими документами:
оригинал сертификата происхожде-
ния, оригинал сертификата качества,
копия Соглашения.

The deliveries will be made on terms
CIF, Kiev  and supplied by the follo-
wing documents: the original certificate
of origin, the original certificate of quality,
a copy of this Agreement.

4.  УСЛОВИЯ   ПЛАТЕЖА

4.  TERMS OF PAYMENT

 Платёж осуществляется путём
перевода Дистрибьютором 100%
стоимости  Продукта в течение
 90 дней с даты отгрузки. Датой
отгрузки считается дата. указанная
в авиатранспортной накладной.
Датой платежа считается дата по-
ступления перевода на счёт Постав-
щика.

The payment will be made by remittance
of 100% value of the Product within 90
days from the date of shipment.
The date of the Airway bill will be consi-
dered as the date of shipment. The date
of the receipt of the remittance at the
account of the Supplier will be considered
as the date of payment.

5.  ФОРС МАЖОР.

5.  FORCE MAJEURE

5.1. Ни одна из сторон не несёт от-
ветственности за полное или час-
тичное невыполнение своих обяза-
тельств по настоящему Соглашению,
если это невыполнение произошло
вследствие наводнения, катастрофы,
пожара, землетрясения, изменения
таможенных правил. а также войны
или военных действий или действий
исполнительной или законодатель-
ной власти, возникших после вступ-
ления Соглашения в силу.

5.1. None of the Parties is responsible
for a complete or partial failure to perform
their obligations under the present Agree-
ment. if the said failure happened as a
result of fire, earthquake. change of the
customs procedures. war or government
actions, and other circumstances beyond
their control. that arose during the life
time of the present Agreement.

5.2. Сторона. для которой выполнение
обязательств стало невозможным,

5.2.The Party that found it impossible to
fulfil their obligations on the reason of the

должна информировать другую сторону о начале, продолжительности и времени прекращения упомянутых выше обстоятельств. Факт, указанный в данном пункте, должен быть заверен Торгово-Промышленной Палатой соответствующей страны.

above circumstances is to inform the other Party about the beginning, duration and the termination of the said circumstances. The fact in the discussion should be certified by the Chamber of Commerce and Industry of the corresponding country.

## 6. СРОК ДЕЙСТВИЯ

6.1. Настоящее Соглашение действует в течение срока действия Регистрационного Удостоверения, т.е. до 25 апреля 2002 года.
Если за три месяца до истечение срока действия настоящего Соглашения ни одна из сторон не заявит о своем намерении прекратить его действие, срок действия Соглашения продлевается еще на один год.

## 6. DURATION

6.1. The present Agreement will be valid during the validity of the Rigistration Certificate i.e. till 25, April 2002.
If none of the Parties three months prior to expiration of the present Agreement declare their intention to terminate the Agreement, its validity will be extended by one year more.

## 7. ПРОЧИЕ УСЛОВИЯ.

7.1. Все сборы, налоги, таможенные пошлины, комиссии банка и т.д. оплачиваются Дистрибьютором и Поставщиком в их странах в соответствии с установленным порядком.

7.2. Любые изменения и дополнения к настоящему Соглашению действительны и являются его неотъемлемой частью только в том случае, если они сделаны в письменной форме и подписаны уполномоченными представителями обеих Сторон.

7.3. После подписания настоящего Соглашения все предыдущие договоренности и переписка по данному вопросу теряют силу и считаются недействительными.

7.4. Ни одна из Сторон не имеет права передавать третьей стороне права по данному Соглашению без письменного согласия другой Стороны.

## 7. OTHER TERMS.

7.1. All duties, taxes, customs duties, bank charges, etc. will be paid by the Distributor and the Supplier in their respective countries as applicable.

7.2. Any amendments and additions to the present Agreement are to be valid and an integral part of the Agreement only if made in writing and signed by duly authorized representatives of both Parties.

7.3. After signing of the present Agreement all and any previous negotiations and correspandence pertaining thereof to be considered null and void.

7.4. Neither of the Parties has the right to assign their rights and obligations under the Agreement to any third party without written consent of the other Party.

7.5. Настоящее Соглашение составлено в двух экземплярах на русском и английском языках по одному экземпляру для каждой Стороны, причем оба текста имеют одинаковую силу.

7.5. The present Agreement is done in duplicate in Russian and in English by one copy for each Party and both texts have equal force.

7.6. Настоящее Соглашение вступает в силу с момента подписания его уполномоченными представителями обеих Сторон.

7.6. The present Agreement comes into force from the moment of its signing by the authorized representatives from both Parties.

## 8. АДРЕСА И РЕКВИЗИТЫ СТОРОН

## 8.LEGAL ADDRESSES OF THE PARTIES

The Supplier

Дистрибьютор

KAYAT TRADING LTD.
36 Grivas Digenis Ave., P.O.Box
3393. 1682 Nicosia-Cyprus,
Tel: +357-2-452680,
Fax:+357-2-441928

ООО "АНИТ"
Украина, г. Киев.
ул. Киквидзе, 30 а
тел. 294-44-24.





**4**

Киев                                    23 сентября 1997г.


С О Г Л А Ш Е Н И Е


Настоящее Соглашение заключено между ООО "АНИТ", в дальнейшем именуемым Агент, и АО "Медикал Коммерс", в дальнейшем именуемым Дистрибьютор.


## 1. ПРЕДМЕТ СОГЛАШЕНИЯ.


Агент уполномачивает Дистрибьютора продавать медицинский препарат Мелатонин (продукт MelaPure производства фирмы Genzyme), поставляемого Агентом, на территории Украины, в дальнейшем именуемой как Территория Дистрибьютора, на условиях настоящего Соглашения.


## 2. ВЗАИМНЫЕ ОБЯЗАТЕЛЬСТВА СТОРОН.


2.1. Агент обязуется не заключать контракты на поставку Продукта без согласия Дистрибьютора с какими-либо юридическими или физическими лицами на Территории Дистрибьютора.


2.2. Дистрибьютор обязуется ежемесячно в течение срока действия настоящего Соглашения закупать не менее 12 паллет Продукта (каждая паллета содержит 4800 упаковок по 60 таблеток по 3 мг Продукта) по цене $19 за упаковку (девятнадцать долларов США).
При этом понимается, что закупки должны начаться не позднее декабря 1997г.


2.3. Стороны на основе отдельного соглашения проведут рекламную кампанию Продукта.

- 2 -

## 3. УСЛОВИЯ ПОСТАВКИ.

Поставки осуществляются на условиях CIF, Киев и сопровождаются следующими документами:
оригинал сертификата о происхождении,
оригинал сертификата качества,
копия Соглашения.

## 4. УСЛОВИЯ ПЛАТЕЖА.

Платёж осуществляется путём перевода Дистрибьютором на счёт Агента 100% стоимости Продукта в течение 90 дней с даты отгрузки. Датой отгрузки считается дата, указанная в авиатранспортной накладной.
Датой платежа считается дата поступления перевода на счёт Агента.

## 5. ФОРС МАЖОР.

5.1.Ни одна из сторон не несёт ответственности за полное или частичное невыполнение своих обязательств по настоящему Соглашению, если это невыполнение произошло вследствие наводнения, катастрофы, пожара, землетрясения, изменения таможенных правил, а также войны или военных действий или действий исполнительной или законодательной власти, возникших после вступления Соглашения в силу.

5.2.Сторона, для которой выполнение обязательств стало невозможным, должна информировать другую сторону о начале, продолжительности и времени прекращения упомянутых выше обстоятельств. Факт, указанный в данном пункте, должен быть заверен Торгово-Промышленной Палатой Украины.

## 6. СРОК ДЕЙСТВИЯ.

6.1.Настоящее Соглашение действует в течение срока действия Регистрационного Удостоверения, т.е. до 25 апреля 2002 года.

- 3 -

Если за три месяца до истечения срока действия
настоящего Соглашения ни одна из сторон не заявит о
своём намерении прекратить его действие, срок действия
Соглашения продлевается ещё на один год.

## 7. ПРОЧИЕ УСЛОВИЯ.

7.1. Все сборы, налоги, таможенные пошлины, комиссии
банка и т.д. оплачиваются Дистрибьютором.

7.2. Любые изменения и дополнения к настоящему
Соглашению действительны и являются его неотъемлемой
частью только в том случае, если они сделаны в
письменной форме и подписаны уполномоченными
представителями обеих Сторон.

7.3. После подписания настоящего Соглашения все
предыдущие договорённости и переписка по данному
вопросу теряют силу и считаются недействительными.

7.4. Ни одна из Сторон не имеет права передавать третьей
стороне права по данному Соглашению без письменного
согласия другой Стороны.

7.5. Настоящее Соглашение вступает в силу с момента
подписания его уполномоченными представителями обеих
сторон.

## 8. АДРЕСА И РЕКВИЗИТЫ СТОРОН.

Агент                           Дистрибьютор
ООО "АНИТ"                      АО "Медикал Коммерс"
Украина, г.Киев,                Украина, Киев,
ул. Киквидзе, 30а               ул. Институтская, 24/7.
тел., факс 294-44-24

Kiev

September, 23,1997

# AGREEMENT

The present Agreement is concluded between JV "ANIT" hereinafter referred to as the Agent, and JV"Medical Commerce" hereinafter referred to as the Distributor.

## 1.THE SUBJECT OF THE AGREEMENT

Agent has authorised the Distributor to sell Melapure Melatonin (product of Genzyme) delivered by the Agent in the territory of Ukraine, hereinafter referred to as the Distributor Territory, on terms of the present Agreement.

## 2. MUTUAL LIABILITIES OF THE PARTIES

2.1. The Agent undertakes not to conclude any contracts for delivery of the Product with any legal or natural persons in the Distributor Territory without the concent of the Distributor.

2.2. The Distributor undertakes to buy not less than 12 pallets of the Product per month during the validity of the present Agreement (each pallet carrying 4 800 bottles of 60 tablets of 3 MG of the Product) at the price of $ 19 (US $ nineteen) per unit.. It is understood that purchases should be started not later than December 1997.

2.3. The Parties will arrange advertising campaign of the Product on the basis of the separate agreement.

## 3. TERMS OF THE DELIVERY

The deliveries will be made on terms CIF, Kiev and supplied by the following documents: the original of the certificate of origin, the original of the certificate of quality, a copy of this Agreement.

## 4. TERMS OF PAYMENT

Payment will be made by the Distributor's remittance of 100% of the value of the Product to the Agent's account within 90 days from the date of shipment. The date of the Airway bill will be considered as the date of shipment. The date of the receipt of the remittance at the Agent's account will be considered as the date of payment.

## 5. FORCE MAJEURE

5.1. None of the Parties is responsible for a complete or partial failure to perform their obligations under the present Agreement, if the said failure happened as a result of fire, earthquake, change of the customs procedures, war or government actions, and other circumstances beyond their control, that arose during the life time of the present Agreement.

5.2. The Party that found it impossible to fulfil their obligations on the reason of the above circumstances is to inform the other Party about the beginning, duration and the termination of the said circumstances. The fact in the discussion should be certified by the Chamber of Commerce and Industry of Ukraine.

## 6. DURATION

6.1. The present Agreement will be valid during the validity of the Registration Certificate i.e. till 25, April 2002.
If none of the Parties three months prior to expiration of the present Agreement declare their intention to terminate the Agreement, its validity will be extended by one year more.

## 7. OTHER TERMS.

7.1. All duties, taxes, customs duties, bank charges will be paid by the Distributor.

7.2. Any amendments and additions to the present Agreement are to be valid and an integral part of the Agreement only if made in writing and signed by duly authorized representatives of both Parties.

7.3. After signing of the present Agreement all and any previous negotiations and correspandence pertaining thereof to be considered null and void.

7.4. Neither of the Parties has the right to assign their rights and obligations under the Agreement to any third party without written consent of the other Party.

7.5. The present Agreement comes into force from the moment of its signing by the authorized representatives from both Parties.

## 8. LEGAL ADDRESSES OF THE PARTIES

The Agent                                        The Distributor
JV "ANIT"                                        JV"Medical Commerce"
30 a, Kikvidze Str.                              24/7, Institutskaja Str.
Kiev, Ukraine                                    Kiev, Ukraine
tel/fax  294-44-24.

**5**

Киев                                         5 сентября 1997г.

## С О Г Л А Ш Е Н И Е

Настоящее Соглашение заключено между ООО "АНИТ", в дальнейшем именуемым Агент, и АО "СЕРТА", в дальнейшем именуемым Дистрибьютор.

## 1. ПРЕДМЕТ СОГЛАШЕНИЯ.

Агент уполномачивает Дистрибьютора продавать медицинский препарат Мелатонин (продукт MelaPure производства фирмы Genzyme), поставляемого агентом, на территории Украины, в дальнейшем именуемой как территория Дистрибьютора, на условиях настоящего Соглашения.

## 2. ВЗАИМНЫЕ ОБЯЗАТЕЛЬСТВА СТОРОН.

2.1. Агент обязуется не заключать контракты на поставку Продукта без согласия Дистрибьютора с какими-либо юридическими или физическими лицами на Территории Дистрибьютора.

2.2. Дистрибьютор обязуется ежемесячно в течение срока действия настоящего Соглашения закупать не менее 12 паллет Продукта (каждая паллета содержит 4800 упаковок по 60 таблеток по 3 мг Продукта) по цене $19 за упаковку (девятнадцать долларов США).
При этом понимается, что закупки должны начаться не позднее декабря 1997г.

2.3. Стороны на основе отдельного соглашения проведут рекламную кампанию Продукта.

- 2 -

## 3. УСЛОВИЯ ПОСТАВКИ.

Поставки осуществляются на условиях CIF, Киев и сопровождаются следующими документами:
оригинал сертификата о происхождении,
оригинал сертификата качества,
копия Соглашения.

## 4. УСЛОВИЯ ПЛАТЕЖА.

Платёж осуществляется путём перевода Дистрибьютором на счёт Агента 100% стоимости Продукта в течение 90 дней с даты отгрузки. Датой отгрузки считается дата, указанная в авиатранспортной накладной.
Датой платежа считается дата поступления перевода на счёт Агента.

## 5. ФОРС МАЖОР.

5.1. Ни одна из сторон не несёт ответственности за полное или частичное невыполнение своих обязательств по настоящему Соглашению, если это невыполнение произошло вследствие наводнения, катастрофы, пожара, землетрясения, изменения таможенных правил, а также войны или военных действий или действий исполнительной или законодательной власти, возникших после вступления Соглашения в силу.

5.2. Сторона, для которой выполнение обязательств стало невозможным, должна информировать другую сторону о начале, продолжительности и времени прекращения упомянутых выше обстоятельств. Факт, указанный в данном пункте, должен быть заверен Торгово-Промышленной Палатой Украины.

## 6. СРОК ДЕЙСТВИЯ.

6.1. Настоящее Соглашение действует в течение срока действия Регистрационного Удостоверения, т.е. до 25 апреля 2002 года.

- 3 -

Если за три месяца до истечения срока действия настоящего Соглашения ни одна из сторон не заявит о своём намерении прекратить его действие, срок действия Соглашения продлевается ещё на один год.

## 7. ПРОЧИЕ УСЛОВИЯ.

7.1.Все сборы, налоги, таможенные пошлины, комиссии банка и т.д. оплачиваются Дистрибьютором.

7.2.Любые изменения и дополнения к настоящему Соглашению действительны и являются его неотъемлемой частью только в том случае, если они сделаны в письменной форме и подписаны уполномоченными представителями обеих Сторон.

7.3.После подписания настоящего Соглашения все предыдущие договорённости и переписка по данному вопросу теряют силу и считаются недействительными.

7.4.Ни одна из Сторон не имеет права передавать третьей стороне права по данному Соглашению без письменного согласия другой Стороны.

7.5.Настоящее Соглашение вступает в силу с момента подписания его уполномоченными представителями обеих Сторон.

## 8. АДРЕСА И РЕКВИЗИТЫ СТОРОН.

Агент
ООО "АНИТ"
Украина, г.Киев,
ул.Киквидзе, 30а
тел., факс 294-44-24.

Дистрибьютор
АО "СЕРТА"
Украина, Киев,
бул. Лепсе, 4.
тел. 294 44 09, 294 41 12
факс 294 40 17.

Kiev                                                September, 5,1997

## AGREEMENT

The present Agreement is concluded between JV "ANIT" hereinafter referred to as the Agent, and JV"CERTA" hereinafter referred to as the Distributor.

## 1.THE SUBJECT OF THE AGREEMENT

Agent has authorised the Distributor to sell Melapure Melatonin (product of Genzyme) delivered by the Agent in the territory of Ukraine, hereinafter referred to as the Distributor Territory, on terms of the present Agreement.

## 2.  MUTUAL LIABILITIES OF THE PARTIES

2.1. The Agent undertakes  not  to conclude any contracts for delivery of the Product with any legal or natural persons in the Distributor Territory without the concent of the Distributor.

2.2. The Distributor undertakes to buy not less than 12 pallets of the Product per month during the validity of the present Agreement (each pallet carrying 4 800  bottles of 60 tablets of 3 MG of the Product) at the price of $ 19 (US $ nineteen) per unit. It is understood that purchases should be started not later than December 1997.

2.3. The Parties will arrange advertising campaign of the Product on the basis of the separate agreement.

## 3. TERMS OF THE DELIVERY

The deliveries will be made on terms CIF, Kiev  and supplied by the following documents: the original of the certificate of origin, the original of the certificate of quality, a copy of this Agreement.

## 4.  TERMS OF PAYMENT

Payment will be made by the Distributor's remittance of 100% of the value of the Product to the Agent's account within 90 days from the date of shipment. The date of the Airway bill will be considered as the date of shipment. The date of the receipt of the remittance at the Agent's account will be considered as the date of payment.

## 5.  FORCE MAJEURE

5.1. None of the Parties is responsible for a complete or partial failure to perform their obligations under the present Agreement, if the said failure happened as a result of fire, earthquake, change of the customs procedures, war or government actions, and other circumstances beyond their control, that arose during the life time of the present Agreement.

5.2. The Party that found it impossible to fulfil their obligations on the reason of the above circumstances is to inform the other Party about the beginning, duration and the termination of the said circumstances. The fact in the discussion should be certified by the Chamber of Commerce and Industry of Ukraine.

## 6.  DURATION

6.1. The present Agreement will be valid during the validity of the Registration Certificate i.e. till 25, April 2002.
If none of the Parties three months prior to expiration of the present Agreement declare their intention to terminate the Agreement, its validity will be extended by one year more.

## 7. OTHER TERMS.

7.1. All duties, taxes, customs duties, bank charges will be paid by the Distributor.

7.2. Any amendments and additions to the present Agreement are to be valid and an integral part of the Agreement only if made in writing and signed by duly authorized representatives of both Parties.

7.3. After signing of the present Agreement all and any previous negotiations and correspandence pertaining thereof to be considered null and void.

7.4. Neither of the Parties has the right to assign their rights and obligations under the Agreement to any third party without written consent of the other Party.

7.5. The present Agreement comes into force from the moment of its signing by the authorized representatives from both Parties.

## 8. LEGAL ADDRESSES OF THE PARTIES

The Agent
JV "ANIT"
30 a, Kikvidze Str.
Kiev, Ukraine
tel/fax  294-44-24.

The Distributor
JV"CERTA"
4, Lepse bul,.
Kiev, Ukraine
tel. 294 44 09, 294 41 12
fax 294 40 17.

**6**

ГРОМАДСЬКЕ ОБ'ЄДНАННЯ

# "НАШ КИЇВ"

Україна, м.Київ

ІДЕНТИФІКАЦІЙНИЙ КОД № 24595127

-------------------------------------------------------------

Директору ООО "АНИТ"
г-ну Кондрашкину А.Н.


Уважаемый Александр Николаевич!

На Ваш запрос сообщаем фактические затраты на рекламу препарата "Меланур-Мелатонин":

| N п/п | Наименование затрат | Фактическая стоимость в у.е. |
|---|---|---|
| | **1997 год** | |
| 1. | Статья и оформление суперобложки журнала "Проблемы здоровья" (предоставлен 1 экз.) | 3000 |
| 2. | Статья в газете "Правда Украины" | 1000 |
| 3. | Изготовление телевизионного ролика для рекламы в передаче "Планета здоровья" (15 мин.) | 74200 |
| 4. | Телепередача о "Мелатонине" (10 мин.) в программе "Здоровье", | 12000 |
| | предоставлены кассеты по городам: | 37000 |
| | ■ Киев, | |
| | ■ Житомир, | |
| | ■ Донецк, | |
| | ■ Триполье, | |
| | ■ Харьков, | |
| | ■ Одесса, | |
| | ■ Симферополь, | |
| | ■ Черкассы. | |
| 5. | Реклама в метро на 2 месяца | 8000 |
| 6. | Реклама в троллейбусе (Житомир, Харьков, Днепропетровск) | 4500 |
| 7. | Реклама в газетах на месяц: | |
| | "Галицкие контракты" | 4600 |
| | "РИО" | 4400 |
| 8. | Изготовление плакатов, календарей, брошюр (10 тыс.шт.) | 13000 |
| 9. | Организация стенок на международной выставке, демонстрация видео | 6000 |
| | **Итого за 1997 год** | **166700** |

**1998 год**

| № | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 21-й показ рекламного ролика по телеканалу "1+1" (март) | | | | | 11200 |
| 2. | 28-см показов рекламного ролика по каналу "УТ-1" (апрель-май) | | | | | 8440 |
| 3. | 01-28 февраля - показ рекламного ролика по каналу "1+1" | | | | | 9052 |
| 4. | 15-ть показов рекламного ролика по каналу "УТ-3" (декабрь-январь) | | | | | 8320 |
| 5. | Телепередача "Планета здоровья" (10 мин.) | | | | | 13000 |
| 6. | Рекламный ролик (изготовление) | | | | | 95000 |
| 7. | Трансляция рекламного ролика на телеканале СТБ | | | | | 109138 |

| № | Месяц | Кол. показов | Время показа | общее время показа | Сумма |
|---|---|---|---|---|---|
| 1 | июнь | 34 | 20сек | 680 сек | 14310 |
| 2 | июнь | 59 | 20сек | 1180 сек | 19400 |
| 3 | август | 61 | 20сек | 1220 сек | 20100 |
| 4 | сентябрь | 61 | 20сек | 1220 сек | 20048 |
| 5 | октябрь | 39 | 20сек | 780 сек | 15200 |
| 6 | ноябрь | 60 | 20сек | 1200 сек | 20080 |
| | ИТОГО | 314 | | 104,5 мин | 109138 |

|  | Итого за 1998 год | 251150 |
|---|---|---|

|  | ВСЕГО затраты на рекламу составили | 417850 |
|---|---|---|

С уважением,

Бивах А.Г.
Генеральный директор
рекламной компании "НАШ КИЕВ"

PUBLIC ASSOCIATION
**"OUR KIEV"**
Kiev, Ukraine.

Mr. A.N.Kondrashkin
Director
OOO"ANIT".

Dear Mr. Kondrashkin.

Following your request please find below actual expenses for advertisement of preparation "Melaoure-Melatonin".

| Nos | Name of the expense | Actual cost in US$ |
|---|---|---|
| | **1997** | |
| 1. | Article and design of the jacket of the magazine "Problems of Health" (copy is enclosed). | 3,000.00 |
| 2. | Article to the newspaper "Truth of Ukraine". | 1,000.00 |
| 3. | Manufacture of television trailer for advertisement in TV program "Planet of Health" (15 min.). | 74,200.00 |
| 4. | TV program "About Melatonin" (10 min.) in the program "Health". Cassettes were presented to the towns: Kiev. Jitomir. Donetsk. Tripolje. Kharkov. Odessa. Simferopol. Cherkasy. | 12,000.00 |
| 5. | Advertisement in metro for two months. | 8,000.00 |
| 6. | Advertisement in trolleybus (Jitomir, Kharkov, Dnepropetrovsk). | 4,500.00 |
| 7. | Advertisement in newspapers for one month "Galitsk contracts" "RIO" | 4,600.00 4,400.00 |
| 8. | Manufacture of posters, calendars, brochures (10,000 sets). | 12,000.00 |
| 9. | Preparation of stands at the International Fair, the showing of video. | 6,000.00 |
| | **Total for 1997** | **166,700.00** |

**1998**

| | | |
|---|---|---|
| 1. | 21 showings of advertisement trailer on TV channel "1+1" (March) | 11,200.00 |
| 2. | 28 showings of advertisement trailer on TV channel "UT-1" (April-May) | 8,440.00 |
| 3. | 01-28 February - showing of advertisement trailer on TV channel "1+1" | 9,052.00 |
| 4. | 15 showings of advertisement trailer on TV channel "UT-3" (December-January). | 5,320.00 |
| 5. | TV program "Planet of Health" (10 min). | 13,000.00 |
| 6. | Advertisement trailer (manufacture). | 95,000.00 |
| 7. | Showing of advertisement trailer on TV channel STB | 109,138.00 |

| Month | Number of showings | Time of showing | Total time of showing | Amount |
|---|---|---|---|---|
| June | 34 | 20 sec. | 680 sec. | 14,310 |
| July | 59 | 20 sec. | 1,180 sec. | 19,400 |
| August | 61 | 20 sec. | 1,220 sec. | 20,100 |
| September | 61 | 20 sec. | 1,220 sec. | 20,048 |
| October | 39 | 20 sec. | 780 sec. | 15,200 |
| November | 60 | 20 sec. | 1,200 sec. | 20,080 |
| Total | 314 | | 104.5 min. | 109,138 |

**Total for 1998**    **251,150.00**

**GRAND TOTAL**    **417,850.00**

Yours faithfully.

Evlah A.E.
General Director                            Stamp.
Advertising Company "OUR KIEV".

7



**PHARMACEUTICALS**

GENZYME CORPORATION
ONE KENDALL SQUARE
CAMBRIDGE, MA 02139-1562, U.S.A.
617-252-7500
FAX 617-252-7600

**Kayat Trading Ltd**
**Konstantin Mechkov, Director**
**P.O. Box 1576**
**CY- 1510**
**Nicosia, Cyprus**

September 9,1997

Dear Mr. Mechkov

Thank you for your recent correspondence of 27.8.97 for which I am grateful. Also I am pleased with the initiative you have undertaken to continue building a strong working relationship between our companies on behalf of the melatonin opportunities available in the territories which you cover.

As you well know, both my company and yours have expended considerable effort in establishing the program up to this point. For our part in our collaboration with you, I believe we have set very favorable transfer pricing and, recently, credit terms which should benefit your company. Also the marketing literature we have generated and supplied to you should prove helpful in your selling efforts.

I know I speak for both parties when I point out that we are anxious to see the sales of this product develop and grow substantially so that each of us can realize a fair return.

Once again, I do appreciate your position and I am thankful of your commitment and hard work in support of MelaPure. I want to re-state my confidence in Roger Sparrow also as the leader of the MelaPure business; that he is well qualified to consider the types of proposals you have generated and to decide upon them, and inform you directly. He is a valuable resource to each of us in this way.

Thank you again for your inquiry.

Yours sincerely,

Dr. Frank Ollington
President, Genzyme Pharmaceuticals

cc: R. Sparrow

**8**

# Kayat Trading Ltd

36 Grivas Digenis Ave., P.O.Box 3393,  1682 Nicosia-Cyprus,  Tel: +357-2-452680, Fax: +357-2-441928

**Mr Roger Sparrow**                                        27.8.97.
**Sales Director**
**Genzyme Pharmaceuticals**

Dear Mr.Sparrow,

I'm glad to inform you that at last we start our business.
One of these days I expect L/C from Moscow for two pallets.
Please send me notification of readyness of another two pallets for shipment, and
we shall arrange opening of a new L/C.

Unfortunately summer months are "dead" period from point of business. Just for this
reason we couldn't work out the program of sales of the Product. We believe that
by the end of October we shall have clear picture and start making our orders on the
basis of preliminary agreed plan.

There is good news from Ukraine. We have started serious advertising campaign.
As a resalt we have now order for two pallets.After two weeks upon getting the
Product they are planning to make order for four pallets. Thus, gradually we'll start
real business.

Please, find enclosed to this letter label for Ukraine prepared and approved by the
local Authorities.

Please, do your best to print it as quickly as possible.

Best regards,

K.Mechkov
Director

**9**



**genzyme**
PHARMACEUTICALS

37 HOLLANDS ROAD
HAVERHILL SUFFOLK
C39 8PU  ENGLAND
TEL +44 1440 703522
FAX +44 1440 707703

**Intercompany Memorandum**

**To: Kayat Trading Ltd, Mr K Mechkov**

**From:  Roger Sparrow**          **10 September 1997**          **Page 1 of  1**

Direct Fax Line (44) 1440 716286
Direct Phone Line (44) 1440 716232                    Mobile: (44) 0410 393635

Dear Mr Mechkov

Things are proceeding well here with the orders for Russia and Ukraine.

For the sake of our office systems, please conform your orders as follows:

19,200 bottles (4 pallets) MelaPure Melatonin 60 tablet bottle, 3mg Russian Label

9,600 bottles (2 Pallets) MelaPure Melatonin 60 tablet bottle, 3mg Ukraine Label

Both at our agreed price of $3.50 per bottle

I trust that delivery will take place by 26th September

Sincerely

Roger Sparrow
Sales Director, Finished Dosage Form Pharmaceuticals



A Division of Genzyme Limited
Registered in England No. 1502466. Registered Office: 37 Hollands Road, Haverhill, Suffolk, C39 8PU. England



**10**

# *Kayat Trading Ltd*

36 Grivas Digenis Ave., P.O.Box 3393,  1682 Nicosia-Cyprus,  Tel: +357-2-452680, Fax: +357-2-441928

Nicosia

26.9.1997

**Mr. Roger Sparrow**
**Sales director, Finished Dosage Form Pharmaceuticals.**

Dear Mr.Sparrow,

Following to our yesterday telephone conversation and previous correspondence please find below our order for the deliveries in October.

1. First delivery:
   2 pallets for Russia

2. Second delivery:
   2 pallets for Ukraine.

3. Third delivery:
   2 pallets for Russia

4. Fourth delivery:
   2 pallets for Ukraine.

Please confirm the dates of shipments.

Yours faithfully,

K.Mechkov
Director.