**11**

# Kayat Trading Ltd

36 Grivas Digenis Ave., P.O.Box 3393,  1682 Nicosia-Cyprus,  Tel: +357-2-452680, Fax: +357-2-441928

Nicosia

25.9.1997

**Mr. Roger Sparrow**
**Sales director, Finished Dosage Form Pharmaceuticals.**

Dear Mr.Sparrow,

I'd like to inform you that we have been making all possible and necessary steps to start sales of Melatonin.
We have arranged wide and various advertising campaign, did some preparations with doctors in clinics.

I would like to draw your attention that all our job have been planed and oriented for the first shipment (under your information) in the begining of September. Full report about it I shall send you later.

But at the time being we are facing with serious problems in both Russia and Ukraine.
Due to the delays in deliveries we do not have Product to supply it to the pharmacies. But market has been already prepared and illegal suppliers started making sales of Melatonin.

Because of this activity we suffer big losses, we are loosing market. Moreover it may spoil image of Genzyme as a good and reliable Company, as the correspondant information has been already given on TV and in magazines and newspapers.

Please do your best to close this problem and prepare shipment of 4 pallets to Russia and 2 pallets to Ukraine before the end of September. Actually you were going to do it till 25 of September.

We have already ammended the last date of shipment in the first L/C (for 2 pallets) and ready immediately open two new ones.
Please confirm your readiness.

At the same time I'd like to let you know that we are going to put advertment of

the Product to the most popular daily TV program.

For this reason we earnestly request you to send us 20-30 sec. Advertising film, because on our opinion nobody but the Manufacturer can make it in a proper way.

Looking forward to your quick reply.

Yours faithfully,

K.Mechkov
Director.

**12**

# Kayat Trading Ltd

36 Grivas Digenis Ave., P.O.Box 3393,  1682 Nicosia-Cyprus,  Tel: +357-2-452680, Fax: +357-2-441928

Nicosia

2.10.1997

**Mr. Roger Sparrow**
**Sales director, Finished Dosage Form Pharmaceuticals.**

Dear Mr.Sparrow,

Till now I have not received your reply on my letter of 26.9.97 concerning dates of shipment.

Please inform me urgently because I have to open corresponding L/Credits.

Yours faithfully,

K.Mechkov
Director.

**13**



PHARMACEUTICALS

37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
C89 8PU, ENGLAND
TEL +44 1440 702522
FAX +44 1440 707763

# FAX TRANSMISSION

**Dial Direct Telephone**
**+44 1440 716235**

**TO:**    Kayat Trading Ltd

**F.A.O:**    Mr K Mechkov

**FROM:** Mrs.Gloria Mackenzie

**DATE:**    2n  October 1997

**Number of pages 1 (including this page)**

---

Dear Mr Mechkov

Thank you for the fax you sent to Roger, regarding the delivery of Melapure Tablets. I have been told that they are still doing tests on the tablets and once they have finalised that, they can give me some definate delivery dates. As soon as I receive more information, I will fax you all details.

Kind regards

Gloria Mackenzie
**Secretary to Roger Sparrow**



A Division of Genzyme Limited
Registered in England No. 1836550. Registered Office: 37 Hollands Road, Haverhill, Suffolk, C89 8PU, England



**14**

# *Kayat Trading Ltd*

36 Grivas Digenis Ave., P.O.Box 3393,  1682 Nicosia-Cyprus,  Tel: +357-2-452680, Fax: +357-2-441928

Nicosia                                                                8.10.1997

**Mr. Roger Sparrow**
**Sales director, Finished Dosage Form Pharmaceuticals.**

Dear Mr.Sparrow,

Till now I'm still waiting for your confirmation concerning dates of shipment.

I have to inform you that we suffer direct losses. Due to delays in delivery we have to cancel article in Moscow weekly magazine and also cancel Sundey TV program in Kiev. For every cancelation we shall have to pay penalty.

I again ask you to speed up shipments to Russia and Ukraine.

Please check whether it is possible to ship two pallets to Russia by Federal Express. It will save them couple of days.

Please send me your answer **today.**

Yours faithfully,

K.Mechkov
Director.

**15**

# *Kayat Trading Ltd*

36 Grivas Digenis Ave., P.O.Box 3393,  1682 Nicosia-Cyprus,  Tel: +357-2-452680, Fax: +357-2-441928

Nicosia                                                                                      27.10.1997

**Mr. Roger Sparrow**
**Sales director, Finished Dosage Form Pharmaceuticals.**

Dear Mr. Sparrow,

Please find bellow our order for delivery of Melatonin in the near future:

| | | |
|---|---|---|
| November | - | 15 pallets, |
| December | - | 20 -"- , |
| January | - | 20 -"- . |

Please have in mind that this is minimum quantity which we are going to get.

Looking forward to our fruitful and mutually beneficial cooperation.

Yours faithfully,

K.Mechkov
Director.

**16**



## genzyme
### PHARMACEUTICALS

37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
FAX +44 1440 707781

## Fax Transmission

**To:** Kayat Trading Ltd, Mr K Mechkov, CC: Dr Simon Cousins Genzyme

**From:** Roger Sparrow

31 October 1997                              Page 1 of 2

Direct Fax Line (44) 1440 716286
Direct Phone Line (44) 1440 716232                    Mobile: (44) 0410 393635

*Dear Mr Mechkov*

Its been such a hectic week for both of us that I failed to acknowledge your order of the 27th October which is as follows:

MelaPure Russian Label / Ukraine Label

| | | |
|---|---|---|
| November | 15 Pallets | (72,000 bottles) |
| December | 20 Pallets | (96,000 bottles) |
| January | 20 Pallets | (96,000 bottles) |

This increase in offtake, which has taken me very much by surprise, is extremely welcome and a testimony to the work we have both carried out in the countries of Russia and Ukraine. Certainly within Genzyme your business has been given a very high priority by management.

I have taken steps to speed up production by three positive actions, putting on a second shift into manufacture, the purchase of another tableting machine and a reduction in the Quality Control test time which may save 3 days of testing. These steps will take time top filter through but certainly by end of November we will notice a difference I am sure.

I have therefore placed production orders for the following out of the above bulk order:

30,000 bottles Russian label        (6 pallets)
30,000 bottles Ukraine label        (6 pallets)

Because these versions of MelaPure are special packs for Kayat Trading I have to inform you that you are committed to take delivery once they are manufactured. The ready date for these will be confirmed next week as soon as I have concrete news.

So of the 55 pallets you have on order I have committed to manufacture 12 so far. This will allow us to see how sales in the region behave and will ensure we do not overstock you with material you cannot sell.

A Division of Genzyme Limited
Registered in England No. 1934864, Registered Office 37 Hollards Road, Haverhill, Suffolk CB9 8PU





37 HOLLANDS ROAD
HAVERHILL SUFFOLK
CB9 8PU ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

However on the opposite side I am fully committed to the manufacture of the balance of this order as we see sales progress, we will remain in constant and increasing production.

When I met with Frank Debbas recently he said he felt you would spend $2Million with Genzyme next year. I was not sure at the time what to think but now I am beginning to believe.

Looking forward to a glass of wine and a cigar with you soon, you certainly deserve it.

No bad news this week, only good.

Sincerely

Roger Sparrow
Sales Director, International



A Division of Genzyme Limited
Registered in England No. 1348586. Registered Office: 37 Hollands Road, Havern & Suffolk. CB9 8PU. England



**17**

# *Kayat Trading Ltd*

36 Grivas Digenis Ave., P.O.Box 7863, 1682 Nicosia-Cyprus. Tel: +357-2-452680, Fax: +357-2-441928

# facsimile
## TRANSMISSION

**To:**     **Mr. Roger Sparrow. Sales director, International.**

**Our Nr:**  40/92          **Date:** 12.2.98
**Your Nr:**   - dated 11.2.1998.
**Pages:**   1
**Re:**    Claims of the Ministries of Health of Russia and Ukraine.
..............................................................................................................................

Dear Mr. Sparrow,

Refering to your letter and following our yesterday conversation I have to inform you about difficulties we have been facing with in Russia and Ukraine. The problem is that Melatonin which has been delivered to both countries does not correspond to the samples, documentation which we submitted to the appropriate Authorities. They gave us list of this distinctions.
1. Origine. Under the documents the Finished Product is of USA origine.
2. The bottles are different from the sample.
3. Cover of the bottles is different.
4. Way of packing is different.
5. Tablets are of smaller size.
6. Tablets are of different colour.
7. Instead of 510mg the weight of tablets is 395mg.
Points 5-7 are the most serious. You should have informed us about these changes in advance.
Now all the sales are prohibited and Medicine is being tested.
As to me, we do not intend to give this project up - we have already invested too much money in it and we do our best to close this problem. Our goal is the same - 10 pallets a month minimum.
I will keep you informed.

Yours faithfully,

K. Mechkov
Director.

**18**



PHARMACEUTICALS

37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

## Fax Transmission

**To:** Kayat Trading Limited, Mr K Mechkov

**From:** Roger Sparrow       **13 February 1998**       **Page 1 of 6**

Direct Fax Line (44) 1440 716286        Mobile: (44) 0410 393635
Direct Phone Line (44) 1440 716232      E Mail: r.sparrow@genzyme3.demon.co.uk

Dear Mr Mechkov

I am very upset that we are now accused of selling material with a Melatonin content less than 2.5mg  Frankly they cannot have the technology or validated test methods to make this judgement. It tells me they are out to stop us at all costs.

There follows validated documentary proof of our analysis which reads as follows:

Page 1: Batch 702004 four separate HPLC tests showing 3.12mg average
Page 2: same batch 10 separate tests for uniformity according to Pharmacopoeia Rules
Page 3: The actual HPLC trace

Page 4: Batch 703006 four separate HPLC tests showing 3.14mg average
Page 5: same batch 10 separate tests for uniformity according to Pharmacopoeia Rules
Page 6: The actual HPLC trace

Let me see their results and test method. I know they cannot provide this.

If they want to report Genzyme to the FDA I have absolutely nothing to hide and welcome an investigation. The FDA will not be very interested as Melatonin is totally un-regulated in the USA, where you can buy it at a gas station, supermarket. However if Genzyme in Boston hear of this I will be asked to leave now and they will close the Melatonin business immediately.

I am visiting the supplier of tablets Monday and Tuesday of next week and they have confirmed that it is likely they can buy a new tablet punch which will make the same tablet as supplied from the USA. It will take 6 to 8 weeks to deliver new tablets. 4 weeks to get the punch and 2 to 3 more weeks to make and analyse.

Whatever way I look at this we are in a desperate situation. If Genzyme get ant idea what is happening they will close it down and write it and me off.

I cannot see anymore I can do, we advised the changes and are producing a very high quality product.



A Division of Genzyme Limited.
Registered in England No. 1578498. Registered Office: 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England





PHARMACEUTICALS

37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU. ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

Unfortunately I have 22,000 bottles in Haverhill stock made, labelled and released for despatch as previously notified to you. Approximately 10,000 Russian and 10,000 Ukraine. Another 3 Million tablets are manufactured enough to make another 50,000 bottles. They have not yet been bottled so I have asked them to hold them in stock.

I have now spent over £50,000 on artwork, labels and stock since Christmas. You also know I made new artwork for Ukraine, Russia to correct spelling mistakes and to add bar code.

I am hugely exposed here and I have done all of this to ensure we can keep up with your demand.

I may have to resign over this issue so I ask you to work at solving the problem as I seem to be the one doing all the work here. Someone else has to share the load I cannot do it all myself.

You may be unaware that I have already absorbed the job of one of our salesman who has had to leave and my secretary leaves in two weeks because of redundancy so I will not have her support too.

With all the world to cover I will surely become ill, I am working 7 days of every week as it is.

So please bring this matter to a conclusion, if we are out of this business I need to know. I have to tell Boston before they find out.


Sincerely


Roger Sparrow
Sales Director, International



A Division of Genzyme Limited.
Registered in England No. 1899886. Registered Office: 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England.



**19**

# Kayat Trading Ltd

36 Grivas Digenis Ave., P.O.Box 3393, 1682 Nicosia-Cyprus, Tel: +357-2-452680, Fax: +357-2-441928

**Top urgent.**

40/94

13.2.1998.

Mr. HENRI TERMEER
President
Genzyme Pharmaceuticals
Cambridge, USA.

Dear Mr. Termeer,

Re: Problems with Melatonin business in Russia and Ukraine.

Kayat Trading Ltd is an off-shore Company based in Cyprus and doing business as an Exclusive Agent of Genzyme for Melatonin in countries of ex-Soviet Union. We are member of a big and powerful group of companies which is doing large scale business in many regions of the World.
Our business is usually based on top level contacts and deep knowledge of needs and requirments of the markets.

In 1996 we began cooperation with your Corporation. Our target was to bring Genzyme to Russia and Ukraine and established it there as one of the leading manufacturer in the World. As the first step we signed an Agreement for Melatonin.

Our approach to this matter as always was seriously prepared.
During rather short period we on our initiative arranged clinical tests of Melatonin in both countries. Results which we recieved promised to be very useful for the future business.(Reports of this tests I, showing our good will. passed to Mr.R.Sparrow gratuitously).
After that we completed with registration of Melatonin as medicine and got Registration Certificates for 5 years each.
Next step was advertisment to create demand. From September 1997 we started big advertising campaign in newspapers and magazines. in special medical TV programs, we shot 23 seconds trailer and were showing it on TV during December - January.

**To carry out all the above mentioned spade-work Kayat Trading Ltd had to invest to this project more than $200,000.**

- 2 -

As the result - there is growing demand and many inquiries for Melatonin.

But now we have to stop all deliveries and sales because of a very serious problem. The fact is that Melatonin which has been delivered to Russia and Ukraine does not correspond to the samples, documentation which were submitted to the appropriate Authorities. We recieved from Ukraine list of distinctions.

1. Origin. Under the Registration Application the Finished Product should be of the USA origin.
2. The supplied bottles are different from the sample.
3. Cover of bottles is different.
4. Way of packing is different.
5. Tablets are of smaller size
6. Tablets are of different colour.
7. Instead of 510mg the weight of tablets is 395 mg.

This matter is now under investigation at the Ukranian State Committee for Quality Control and they prohibited all sales of Melatonin in the country and blocked 20,480 bottles at the custom-house.

The situation is very serious and fraught with heavy consequences. We signed our Agency Agreement with you, Mr. Termeer, we did everything possible to prepare good ground for Melatonin and start establishing Genzyme on the markets, but now we trust it is your turn to take necessary steps to improve the situation and save this business and our name and reputation.
There is only one way for this: urgent delivery of Melatonin which will be in strict conformity with the Registration Application and samples.

There are huge markets for medical products in Russia and Ukraine.
We have keys from the doors to both of them.
It will be a great pity if we do not use these opportunities.

Our program is still the same - minimum 50,000 bottles of Melatonin a month  and in the near future - expansion of our activity with your other products.

Looking forward to your quick reaction and reply.

Yours faithfully

Konstantin Mechkov,
Director.

**20**



**genzyme**
PHARMACEUTICALS

37 HOLLANDS ROAD
HAVERHILL. SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

## Fax Transmission

**To: Kayat Trading Limited, Mr K Mechkov**

**From:  Roger Sparrow**          16 February 1996          **Page 1 of 1**

Direct Fax Line (44) 1440 716286          Mobile: (44) 0410 393635
Direct Phone Line (44) 1440 716232          E Mail: r.sparrow@genzyme3.demon.co.uk

Dear Konstantin

Thank you for making me aware of the very serious problems you are experiencing in Ukraine.

I would like you to communicate to the Ministry that at no time did Genzyme know they were doing anything wrong in selling the revised tablet shape as MelaPure. The tablet was changed to make it easier to swallow but I understand that we have broken some rules in doing this.

For this Genzyme apologises unreservedly. We also do not wish to be accused of smuggling as this is not the sort of activity a major ethical drug company does.

So my proposal is simple, we will take back the 20,000 bottles of tablets of wrong size and replace them with 20,000 bottles of new production manufactured with original tablet shape, size and weight of tablet as per the licence.

We are also willing to discuss local manufacture of our product where we supply the tablets in bulk and they are bottled and labelled locally by a Ukraine company  This will bring wealth to the local industry which will benefit the Ukrainian people.

I am willing to make any compromise to ensure that we can continue in this business, we may have made a small mistake but I do not feel it requires the punishment which is being considered.

There follows a formal apology which you can fax to the ministry

If you need me today or tomorrow call my car phone on 44 410 393635

Good Luck
Sincerely

Roger Sparrow
Sales Director, International



A Division of Genzyme Limited
Registered in England No. 1496350. Registered Office: 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England



# 21



**Fax Transmission**

To: Kayat Trading limited, Mr k Mschkov

From:  Roger Sparrow                  6 March 1998          Page 1 of 1

GENZYME LIMITED
HAVERHILL OPERATIONS
37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU  ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

Direct Fax Line (44) 1440 716286      Mobile: (44) 0410 393635
Direct Phone Line (44) 1440 716232    E Mail: r.sparrow@genzyme3.demon.co.uk

Dear Konstantin

As you are aware I have over 10,000 bottles Ukraine label and over 10,000 bottles Russian label bottles here in England to the Natural Options specification. These are the ones that were rejected by our friends. They are valued at $60,000 but as far as I can see will never be sold by you as we are now using the Tishcon product.

If you agree I am going to send them back to Natural Options to have them crushed and re tableted, packed in English label bottles.

Do you agree they should now be destroyed as you will never sell them.

Please comment.

I am back in office on Thursday 12 March, no secretary to leave messages with as Gloria is now redundant.

In desparation you can leave a message with Charlotte who is on 44 1440 716282. She is very young so be nice to her!

Nice weekend

Sincerely

Roger Sparrow
Sales Director, International

Registered in England No. 1936986. Registered Office: 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England

**22**

# *Kayat Trading Ltd*

36 Grivas Digenis Ave., P.O.Box 7863, 1682 Nicosia-Cyprus. Tel: +357-2-452680, Fax: +357-2-441928

# facsimile
## T R A N S M I S S I O N

**To:**     **Mr. Roger Sparrow. Sales director, International.**

**Our Nr:**   40/120                    **Date:** 9.3.98
**Your Nr:**  dated 6.3.98    sent at 15:21.
**Pages:**   1
**Re:**

........................................................................................................................................

Dear Mr.Sparrow,

As you understand tablets which you have available now will be never allowed to be brought either to Russia or to Ukraine under the existing licenses. From this point of view they are useless for us and you can do with them whatever you like.

But be sure that you will never hear from me these words when we start getting proper tablets from USA.

So please do your best to hasten this moment.

Yours faithfully,

K.Mechkov
Director.

**23**



37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

## Fax Transmission

**To:** Kayat Trading Ltd, Mr K Mechkov

**From:** Roger Sparrow         30 October 1997         Page 1 of 1

............................................................................................................................

Direct Fax Line (44) 1440 716286
Direct Phone Line (44) 1440 716232                    Mobile: (44) 0410 393635

Dear Mr Mechkov

After sampling 1,083 Ukraine bottles packed and leave site today, I will give you flight number when known. 9,600 replacements for last Fridays rejection are here and going on test over the weekend for shipment mid next week. I feel the L/C should have the date changed to say 17th November and we will use it.

From your original order we owe you 2 pallets for Russia and 2 pallets for the Ukraine. I am working on dates.

In addition I have ordered 30,000 bottles Russian and 30,000 bottles Ukraine (6 pallets each country) and await delivery schedule. I have asked for double shift workers to expedite orders so we will see what this does. I would like payment against documents for all these shipments, 90 / days of course? I have not ordered the full 55 pallets yet until we are sure, we will do this month by month.

So, I will keep you updated daily.

Sincerely

Roger Sparrow
Sales Director, International



A Division of Genzyme Limited
Registered in England No. 1536009, Registered Office: 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England



**24**



37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TE: +44 1440 703522
FAX +44 1440 707753

# FAX TRANSMISSION

**Dial Direct Telephone**
**+44 1440 716235**

**TO:**     Kayat Trading Ltd

**F.A.O:**   Mr K Mechkov

**FROM:**   Mrs.Gloria Mackenzie

**DATE:**   22nd December 1997

**Number of pages 6 (including this page)**

---

Dear Mr Mechkov

I attach our Packing List and Certificates of Quality for the shipment to The Ukraine. The goods left our premises on Friday and I am still awaiting flight details. As soon as I receive them I will fax them to you.

Kind regards

*Gloria Mackenzie*

Gloria Mackenzie
Secretary to Roger Sparrow



A Division of Genzyme Limited
Registered in England No. 1354446. Registered Office: 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England.



**25**



**genzyme**
PHARMACEUTICALS

37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

## Fax Transmission

**To: Kayat Trading Ltd, Mr K Mechkov**

**From: Roger Sparrow**      **23 October 1997**      **Page 1 of 2**

..................................................................................................................

Direct Fax Line (44) 1440 716286      Mobile: (44) 0410 393635
Direct Phone Line (44) 1440 716232

Dear Mr Mechkov

Some days your nightmares come true. I always said I would give you bad news with the good so here goes.

We shipped the Russian 2 pallets earlier this week and have been testing the 2 pallets for Ukraine. You will recall we had a few problems getting the blend homogeneous for Russia but worked it out and wrote a manufacturing procedure to be followed in the future. This has been followed to the letter for the Ukraine but very unfortunately we may have uncovered a blend problem for batch two of this mix as the Melatonin content per tablet has analyzed at 2.4mg which is 0.3mg out of specification and therefore has to be re-manufactured. We took a chance with this batch as we were under so much pressure to get it shipped and assumed that the powder blend was homogeneous. This was undoubtedly a mistake. We will absorb the loss.

Fortunately the Ukraine order has been made in two batches 1,100 bottles have been passed, 8,500 rejected. A further blend of powder has already been manufactured and will be analyzed here on Monday, it will pass and will go directly into tabletting to complete the order. It however puts the balance of this order back by 10 days. I am personally in despair about this as I felt we had everything under control. However as with all matters there is a learning curve.

To overcome this I have ordered 10 x 4,800 pallets to be manufactured and stored at our cost awaiting your call off. This will clear any future problems.

However we need to get you out of this immediate dilemma and I propose the following:

1. We will Fed Ex the 1,100 bottles to the Ukraine next week at our expense and I will send you an invoice to be paid in 90 days. (no L/C involved) hopefully this will give ANIT enough stock to last a for 10 days.

2. We will manufacture the balance as soon as we can. Approx 10 days to be confirmed.



A Division of Genzyme Limited
Registered in England No. 1436686. Registered Office 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England.





37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703527
FAX +44 1440 707763

3. We should amend the Ukraine L/C, only for shipment date, instead of 31 October lets make it 28th November. We will pay the amendment cost. We still intend to ship the full 9,600 when ready.

As you know I am out Monday and Gloria is ill. Therefore I will call you first thing Tuesday to discuss, by then all will be clear.

I am personally so sorry for this occurrence, not my fault, but I cannot help feeling responsible. Your job is as difficult as mine I know so sorry to have put you in this position.

I have no problem visiting the customer with you to explain if required later. All I can assure you is we will get into a stock position and this business will run smoothly if we can just get over the initial panic. We have both worked so hard, we neither deserve this.

I have done all I can today so I will update you Tuesday.

Sincerely

Roger Sparrow
Sales Director, International





A Division of Genzyme Limited.
Registered in England No. 1556008. Registered Office, 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England.