**26**



**PHARMACEUTICALS**

37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

Mr. Huguette Achkar,
President,
Kayat Trading Limited,
PO Box 3393,
36 Grivas Digenis Avenue,
Nicosia,
Cyprus.

2nd December, 1996.

Dear Mr. Achkar,

Please find the information necessary for the registration of our product MelaPure Melatonin for countries to be decided. The bulk synthetic product is manufactured at Genzyme facilities in the United Kingdom (stage I and II) and in Switzerland (stage III). The tablets are manufactured from this same material in the United States at Tishcon, Maryland.

Melatonin is freely marketed in the United States under the Dietary Supplement Health Education Act of 1994. Genzyme produces Melatonin to consisted standards of quality and purity in accordance with Good Manufacturing Practice (GMP).

The information contained in this pack is confidential and the exclusive property of Genzyme Corporation. This information and data may not be duplicated, distributed, altered, disclosed to any other party, or used for any other purpose other than for registration in countries to bedecided without the express permission of Genzyme.

I trust you will find this package quite comprehensive. However if you should have any questions or require further information, please do not hesitate to contact Adam Sherman at Genzyme in the U.S.A. on phone (617) 374 or fax (617) 374 7470.

Yours sincerely,

Roger Sparrow
Sales Director
Finished Dosage Form Pharmaceuticals.





**27**

Министерство здравоохранения Украины
Национальный медицинский университет



"Утверждаю"
Проректор по науке НМУ
профессор _____
В.Ф.Коляденко
"13" _____ 1997 г.

# ОТЧЕТ

**Кафедры факультетской терапии N 1 НМУ**

**о проведении ограниченных клинических испытаний**

**лекарственного средства «МЕЛАПУР Мелатонин»**

**в таблетках по 0.003 г**

**производства**

**фирмы «ДЖЕНЗИМ» (США)**

Исследования проведены
с  *01. 12. 1996*
по  *28. 02. 1997*

Киев 1997 г.

## СПИСОК ИСПОЛНИТЕЛЕЙ

1. Передерий В.Г.    д.м.н.    профессор    НМУ
2. Миронова К.А.    к.м.н.    доцент    НМУ
3. Спивак А.М.    к.м.н.    доцент    НМУ
4. Селюк М.И.    к.м.н.    ассистент    НМУ
5. Висотюк Л.В.    к.м.н.    ассистент    НМУ
6. Швец Н.И.    д.м.н.    профессор    КИУВ

СОДЕРЖАНИЕ

РЕФЕРАТ.................................................................................4

ВВЕДЕНИЕ..............................................................................5

ЦЕЛЬ И ЗАДАЧИ ИССЛЕДОВАНИЯ................................9

МАТЕРИАЛ И МЕТОДЫ ИССЛЕДОВАНИЯ.....................11

РЕЗУЛЬТАТЫ И ИХ ОБСУЖДЕНИЕ................................16

ВЫВОДЫ................................................................................29

ЛИТЕРАТУРА.......................................................................30

## РЕФЕРАТ

МЕЛАПУР Мелатонин, Мелатонин, Гормон Эпифиза, Хронобиология, Нормализация сна, Иммунокорректор

Представлен материал по клиническому изучению лекарственного средства "МЕЛАПУР Мелатонин" производства фирмы «ДЖЕНЗИМ», США. За рубежом выпускаются многочисленные аналоги данного лекарственного препарата на основе действующего вещества - мелатонина, которые получили широкое применение в качестве общеукрепляющего, иммунокоррегирующего средства, препарата, нормализующего функцию сна, антистрессового препарата.

Ограниченные клинические испытания проведены в открытых наблюдениях на 44 больных в терапевтических стационарах и поликлинике. В качестве препарата сравнения использован препарат "Мелатонин" фирмы "Healthyway Production». Результаты клинических испытаний позволяют заключить, что лекарственный препарат «МЕЛАПУР Мелатонин» проявляет общеукрепляющее, иммунокоррегирующее, нормализующее функцию сна, успокоительное действие, хорошо переносится больными и не вызывает патологических изменений лабораторных показателей у обследованных больных.

Отчет содержит: 34 стр., 13 таблиц.

Библиография: 36 источников.

4

## ВВЕДЕНИЕ

Предметом ограниченных клинических испытаний явился лекарственный препарат "МЕЛАПУР Мелатонин" производства фирмы «Джензим», США.

«МЕЛАПУР Мелатонин» представляет собой синтетический аналог природного натурального соединения, которое в организме человека и млекопитающих вырабатывается шишковидной железой головного мозга - эпифизом. Известны также и другие источники продукции мелатонина - в том числе, сетчатая оболочка глаза, железы желудочно-кишечного тракта, в то же время Мелатонин, вырабатываемый шишковидной железой, является основным и исключительным источником сывороточного Мелатонина. В очень незначительных количествах данное вещество содержится в некоторых продуктах питания, в частности, в рисе, пшенице, кукурузе, телячьем мясе.

В организме человека биосинтез Мелатонина из аминокислоты 2-триптофан происходит через четыре ферментативные реакции и является светозависимым процессом. Этап, лимитирующий уровень мелатонина, катализируется ферментом серотонин N-ацетилтрансферазой, который ацетилирует первичный амин серотонина. У млекопитающих экспрессия фермента регулируется восприятием (рецепцией) света зрительным нервом. Под воздействием фотонов солнечного света происходит рецепторное включение/выключение транскрипции гена, кодирующего серотонин N-ацетилтрансферазу и уровень Мелатонина. Этот уникальный светозависимый эффект механизма регуляции транскрипции чувствителен к интенсивности света и ко времени фотоэкспозиции. Комбинация светозависимости механизма регуляции транскрипции и короткого полупериода жизни мелатонина в сыворотке обеспечивает привычный суточный ритм концентрации мелатонина, наблюдаемый у людей, в течении которого уровень в плазме повышается до 2000 и 2200 и возвращается к исходному уровню.

Максимальные уровни суточной концентрации Мелатонина в сыворотке людей наблюдаются в раннем детстве и понижаются с возрастом. При изучении 38 пациентов-детей пик концентрации Мелатонина, равный 1600 пкмоль, был установлен у детей в возрасте от 1 до 5 лет, в то время как максимальный уровень в 13-18 лет составлял приблизительно 340 пкмоль. В период после полового созревания максимальные уровни сывороточной концентрации Мелатонина продолжают снижаться более плавно на протяжении оставшейся жизни. У некоторых пожилых людей колебания уровня Мелатонина днем и ночью едва различимы.

Химическая формула «МЕЛАПУР Мелатонина» $C_{13} H_{16} N_2 O_2$.

Данные мировой медицинской литературы последних лет свидетельствуют об очень широком применении мелатонина и мелатонин-содержащих препаратов в клинике внутренних болезней и психоневрологии в странах Западной Европы и, особенно, Америки.

Проведенными в западных странах многочисленными исследованиями установлено, что мелатонин позволяет восстанавливать нарушения сна без побочных эффектов, присущих снотворным седативным средствам (без влияния на аффективную сферу), что позволяет его использовать для лечения неврозов, функциональных заболеваний сердечно-сосудистой и пищеварительной систем, устранения последствий стрессовых воздействий физического и нервно-психического характера, усиления неспецифических защитных факторов организма, в качестве антиоксидантного средства.

Исследовались дозы от 0,05 мг до более 1 г в сутки. Всего за 1 год было обследовано 290 пациентов, получавших различные дозы мелатонина. Клинические группы составили: 40 пациентов в год, принимающих в сутки менее 10 мг мелатонина и 250 пациентов в год, принимающих 10 мг и более мелатонина в сутки. Наиболее существенным результатом приведенных работ явилось развитие умеренного снотворного эффекта и снижение температуры тела около $0,3^0$ С под влиянием Мелатонина. Эти эффекты напрямую связаны с фармакологическими свойствами Мелатонина. Как отмечают зарубежные ученые,

6

наиболее частым побочным эффектом было усиление дисфорического состояния настроения у депрессированных субъектов при дозе 1200 мг в сутки (Кармен и др., 1976).

Сведения о потенциальных нежелательных эффектах мелатонина в результате взаимодействия с другими медикаментами представлены в очень ограниченном числе научных исследований. Работами Кагначчи и Арендта, а также Морфи, показано, что бета-адреноблокатор атенолол и нестероидные противовоспалительные средства - ибупрофен и индометацин могут ингибировать уровень эндогенного сывороточного мелатонина.

Из возможных противопоказаний к применению мелатонина литературные данные отмечают следующее. Данные, полученные в эксперименте на животных, свидетельствуют, что Мелатонин может обладать способностью усиливать аутоиммунные процессы. Усиление симптомов у пациентов со множественным склерозом может отображать сезонную зависимость с обострением в весенний период, сменяющимся более длительными периодами секреции мелатонина, наблюдающимися при удлинении темного времени суток зимой (Сандик, 1993). Причины и зависимость данного эффекта не были установлены. При назначении в дозе 300 мг в сутки в экспериментальных условиях Мелатонин проявил ановуляторную активность (Вар, 1992). Данных, подтверждающих ановуляторную активность Мелатонина в дозе менее 300 мг в сутки в мировой литературе нет. Поскольку мелатонин в организме человека в основном метаболизирует печеночной Р-450-оксидазной системой, то у пациентов с клинически выраженным циррозом печени наблюдали повышенное дневное содержание в сыворотке крови эндогенного мелатонина по сравнению с субъектами контрольной группы (Игуши, 1992). Несмотря на неоднократные ранее попытки установить взаимосвязь между уровнем эндогенного мелатонина и развитием состояния депрессии, современные данные свидетельствуют, что такая корреляция отсутствует и у детей, и у взрослых. Кармен и др., 1976 оценивали эффект высоких доз мелатонина на развитие депрессии у 6 субъектов с первичным депрессивным заболеванием и у 2-х больных с хореей Геттингтона. Пациенты получали различное количество мелатонина внутрь, разделенное на 4 равные дозы или путем внутривенной инфузии 1 или 2 раза в сутки в разные периоды

времени.   После лечения назначалось плацебо на 1 неделю двойным слепым перекрестным методом. Все пациенты испытали усиление симптомов депрессии при дозе более 1200 мг в сутки. Психозы усилились или появились заново у 4-х больных.   Субъективная оценка сна пациентов медицинским персоналом свидетельствует, что   под действием Мелатонина сон сократился на 2 часа. Следует заметить, что это исследование проводилось в 1976 году до открытия хронобиологического эффекта Мелатонина. Назначение высоких суточных доз Мелатонина с возрастанием дневной части дозы индуцирует шифт циркадной фазы с ассоциированным снижением общего времени сна.  Тем не менее, до сих пор окончательно не выяснено, либо эффект Мелатонина на психологическую функцию связан с прямым действием, либо ассоциируется с изменением функции сна.

## ЦЕЛЬ И ЗАДАЧИ ИССЛЕДОВАНИЯ

Наибольшее число научных публикаций о клинической эффективности мелатонина прошлых лет посвящены изучению и обоснованию роли и активности мелатонина на лечение нарушений сна, а в последнее время - изучению его иммуномодулирующих свойств.

Установлено, что курсовое введение мелатонина сопровождается стимуляцией ретикуло-эндотелиальной системы печени, селезенки и костного мозга, что рассматривается исследователями как показатель активации иммунитета и гемопоэза. Также показано, что мелатонин не нарушает нормальный механизм выработки антител, усиливает миграцию стволовых клеток, пролиферацию и кооперацию Т- и В-лимфоцитов, усиливает неспецифические факторы защиты организма. Одним из дополнительных достоинств мелатонина является тенденция к антиаллергическому действию и антиоксидантному действию.

Целью настоящих ограниченных клинических испытаний было оценить переносимость и установить терапевтическую эффективность препарата МЕЛАПУР Мелатонин, как нормализующего функцию сна и иммуномодулирующего средства у больных с ишемической болезнью сердца, протекающей на фоне вторичной иммунной недостаточности различной степени выраженности.

В соответствии с целью были определены следующие задачи исследования:

1. Изучить клинические, лабораторные, биохимические, иммунологические показатели у пациентов общетерапевтического стационара с диагнозом: ишемическая болезнь сердца.

2. Оценить влияние мелатонина на нормализацию функции сна и показатели иммунитета у больных с указанной патологией и обосновать возможность

использования препарата МЕЛАПУР Мелатонин в комплексном лечении и профилактике заболеваний сердечно-сосудистой системы.

3.      Установить клиническую эффективность и безвредность препарата МЕЛАПУР Мелатонин.

## МАТЕРИАЛ И МЕТОДЫ ИССЛЕДОВАНИЯ

Для достижения поставленных задач проводились ограниченные клинические исследования на больных, находящихся на стационарном лечении в общетерапевтических отделениях ТМО Старокиевского района г.Киева. Испытания были проведены в форме открытого исследования на 34 больных с заболеваниями сердечно-сосудистой системы (ИБС), сопровождающихся нарушениями сна и протекающих на фоне вторичной иммунологической недостаточности. Опытная группа была разбита на 2 подгруппы – одна, состоящая из 17 человек, получавших исследуемый препарат, вторая - препарат сравнения «Мелатонин» фирмы "Healthyway Production". Длительность применения препарата составила 60 дней.

В контрольную группу - 10 больных - были включены больные с тем же диагнозом, которые получали плацебо.

Критериями для включения больных в ограниченные клинические испытания было наличие у них:

- бессонницы или нарушений сна;

- вторичной иммунной недостаточности;

- наличие немотивированной слабости;

- вторичной анемии;

- течение болезни на фоне депрессии, невроза, хронического стресса - соматического генеза;

- характерных признаков указанных заболеваний ССС.

Клинические данные:

характерные жалобы, данные анамнестические, пальпаторные, аускультативные и перкуторные как для установления диагноза - основного заболевания, так и для выявления сопутствующего состояния.

Лабораторные данные:

гематологические, биохимические, иммунологические.

Инструментальные данные:

11

электрокардиография, электроэнцефалография, ультразвуковое исследование, мониторинг артериального давления.

Возраст больных: от 19 до 72 лет. Согласие больных на дополнительные исследования и прием препаратов «МЕЛАПУР Мелатонин», производства США и «Мелатонин» фирмы "Healthyway Production».

Критериями для исключения больных из дальнейших исследований были:

1. Отказ больного от дальнейшего применения препаратов.

2. Индивидуальная непереносимость.

3. Развитие различных аллергических реакций.

4. Отсутствие эффекта (субъективного и объективного) от применения препаратов.

5. Ухудшение состояния больного.

6. Выявление каких-либо побочных действий препаратов.

Во все группы обследованных больных, получавших «Мелатонин», были включены пациенты, репрезентативные по возрасту и полу.

Схема назначения препарата

Препарат назначали всем пациентам по 1-2 таблетке 3 мг за один час до отхода ко сну каждый день в одно и то же время на протяжении 60 дней.

Таблица 1.

Распределение здоровых и больных в группах по возрасту и полу.

| Группы больных | Количество больных в группах | | Средний возраст |
|---|---|---|---|
| | мужчины | женщины | |
| I группа | 20 | 14 | 49,6±8,7 |
| II группа | 5 | 5 | 46,3±6,9 |

Примечание: Р>0,05 между всеми группами наблюдения.

До лечения и после окончания курса лечения больных обследовали в соответствии с разработанной схемой.

Изучали связь назначения физиологических доз мелатонина (3 мг) на развитие хронобиотического эффекта и гипнотического эффекта.

Приспособления, которые использовались для изучения сна у этих популяций, были следующими: 1) полисонограф с ЭЭГ мониторингом, позволяющим провести специфический анализ времени сна и времени продолжительности различных фаз сна; 2) датчик на запястье (актиграф), регистрирующий активности через каждые 30 или 60 сек и 3) журнал записи сна, позволяющий провести субъективную оценку сна. Данные, которые могут быть получены или переданы через запястный актиграф, следующие: общее время сна, латентность сна (время погружения в сон), просыпание после начала сна, эффективность сна (процент продолжительности сна от общего времени пребывания в постели) и уровень активности (средняя сумма движений, зарегистрированных актиграфом во время сна, разделенная на продолжительность сна). При сравнительном изучении показателей актиграфа и полисонограммы установлено, что актиграфические измерения латентности сна и процентности сна коррелируют с полисонографом на 0,90 и 0,82 соответственно (Cole et al., 1992). В следующем разделе суммированы клинические данные по хронобиотическому и умеренному гипнотическому действию мелатонина.

Об иммунологическом свойстве препаратов судили по количеству и функциональной активности E и B-систем иммунитета, а также по состоянию неспецифических факторов защиты. Антианемическое действие оценивали на основании данных анализа крови по показателям количества эритроцитов, гемоглобина, цветового показателя, а также на основании субъективных данных: уменьшение жалоб больного на слабость, недомогание, сниженную работоспособность, исчезновение анемического шума над легочным стволом, данных ЭКГ.

Таблица 2.

Схема обследования пациентов

| Изучаемые показатели | До лечения | После |
|---|---|---|
| Клиническое обследование (распрос, осмотр, пальпация, перкуссия, аускультация) | + | + |
| анализ крови, мочи, мокроты | + | + |
| Микроэлементы | + | + |
| Биохимические исследования: печеночные пробы общий белок | + + | + + |
| Иммунологические исследования I и II уровней согласно рекомендациям ВОЗ | + | + |
| Электрокардиография | + | + |
| УЗИ внутренних органов | + | + |
| Мониторинг артериального давления | + | + |
| Полисонография с ЭЭГ мониторингом | + | + |
| Актиграфия | + | + |
| Журнал записи сна | + | + |

О субъективном положительном влиянии на имеющиеся у больных нарушения сна судили на основании жалоб больного, общего состояния.

Критерии оценки эффективности МЕЛАПУР мелатонина

1. Улучшение самочувствия больного                              1 балл

2. Исчезновение жалоб, характерных для нарушений сна    1 балла

3. Улучшение картины крови у больных                           2 балла

4. Улучшение показателей иммунной недостаточности        4 балла

5. Улучшение показателей ЭКГ                                       2 балла

6. Улучшение сократительной способности миокарда         2 балла

7. Улучшение функции сна                                            4 балла

14

<u>Критерии оценки переносимости изучаемого препарата</u>

Переносимость препарата оценивали на основании субъективных симптомов и ощущений, о которых больные сообщали самостоятельно и с учетом объективных данных, полученных врачом. Учитывали также динамику изменений лабораторных, биохимических, иммунологических, инструментальных и других показателей в процессе лечения.

Статистическую обработку полученных данных проводили как с использованием параметрических методов с применением критериев Фишера-Стьюдента, так и непараметрических: Вилконсона-Манни-Уитни.

# РЕЗУЛЬТАТЫ И ИХ ОБСУЖДЕНИЕ

Нарушения сна распределяются на группы, которые включают как нарушения архитектуры сна (тревожность или депрессия), так и циркадных ритмов (get-lag или физиологических дефектов). Эти две компоненты сна объединены через гигиену сна или привычки.

Результаты сравнительного изучения фармакодинамических эффектов исследуемых препаратов у больных с ИБС и гипертонической болезнью, представлены в таблицах 3 и 4.

Из цифрового материала, представленного в таблице 3 видно, что 60-дневный прием препарата МЕЛАПУР Мелатонина положительно влиял на содержание эритроцитов и гемоглобина. Влияние было статистически достоверным. У 97% обследованных этой группы прекратились жалобы на слабость, недомогание, повысилась работоспособность.

Все остальные показатели общего анализа крови были без статистически значимых изменений.

Показатели проведенных биохимических проб представлены в таблице 4. Из цифрового материала, представленного в ней, видно, что содержание билирубина, трансаминаз, калия, натрия достоверно не изменилось, количество общего белка несколько (недостоверно) увеличилось в группе обследованных, принимавших МЕЛАПУР Мелатонин. Количество холестерина достоверно снизилось в группе пациентов, принимавших МЕЛАПУР Мелатонин (см.таблицу 4).

Состояние иммунитета по содержанию основных иммунокомпетентных клеток, их количеству и функциональной активности, показатели неспецифической активности организма представлены в таблицах 5-8.

Как видно из цифрового материала, представленного в таблице 5, содержание Е-розеткообразующих клеток было достоверно снижено в группах, обследованных до лечения. После проведенного лечения в группе, где больные принимали МЕЛАПУР Мелатонин, отмечалось достоверное увеличение Т-клеток, в группе наблюдения лиц, получавших Мелатонин, такой закономерности не было.

Динамика показателей клинического анализа крови у больных ИБС

Таблица 3.

| Показатель | Стати-стичес-кий по-казатель | До лечения | После лечения | |
|---|---|---|---|---|
| | | | МЕЛАПУР Мелатонин | Мелатонин |
| Эритроциты x10 12/л | M±m P P1 | 2,51±0,34 | 3,75±0,26 <0,05 | 2,71±0,29 - <0,05 |
| Гемоглобин, г/л | M±m P P1 | 80,3±1,9 | 116,3±6,1 <0,05 | 87,5±2,4 - <0,5 |
| Цветной показатель | M±m P P1 | 0,84±0,06 | 0,88±0,05 <0,5 | 0,91±0,06 - <0,5 |
| Лейкоциты: общее к-во x 10 9/л | M±m P P1 | 4,3±0,05 | 4,1±0,04 <0,5 | 4,26±0,06 - <0,5 |
| Лимфоциты, % | M±m P P1 | 20,1±0,23 | 28,3±0,18 <0,5 | 24,5±0,21 - <0,5 |
| Тромбоциты x 10 9 л | M±m P P1 | 221,4±18,6 | 226,8±24,1 <0,5 | 236,5±28,8 - <0,5 |
| СОЭ, мм/час | M±m P P1 | 7,3±0,05 | 8,1±0,03 <0,5 | 7,0±0,03 - <0,5 |

Примечание: Р - в сравнении до лечения с данными лиц, принимавших МЕЛАПУР Мелатонин.

Р 1 - в сравнении до лечения с данными лиц, принимавших Мелатонин.

17

Динамика показателей биохимического анализа крови у больных ИБС

Таблица 4.

| Показатель | Статисти-ческий показатель | До лечения | После лечения | |
|---|---|---|---|---|
| | | | МЕЛАПУР Мелатонин | Мелатонин |
| Общий белок, г/л | M±m<br>Р<br>Р1 | 56,3±3,8 | 69,9±1,8<br><0,05 | 61,5±0,9<br>-<br><0,05 |
| Холестерин, ммоль/л | M±m<br>Р<br>Р1 | 8,97±0,03 | 6,61±0,02<br><0,05 | 7,86±0,05<br>-<br><0,5 |
| Натрий, ммоль/л | M±m<br>Р<br>Р1 | 137,8±10,3 | 8,1±0,03<br><0,5 | 7,0±0,03<br>-<br><0,5 |
| Калий, ммоль/л | M±m<br>Р<br>Р1 | 3,9±0,1 | 4,2±0,1<br><0,5 | 4,31±0,2<br>-<br><0,5 |
| АлАГ, ммоль(гл) | M±m<br>Р<br>Р1 | 0,46±0,02 | 0,51±0,03<br><0,5 | 0,45±0,02<br>-<br><0,5 |
| АсАТ, ммоль(гл) | M±m<br>Р<br>Р1 | 0,31±0,03 | 0,34±0,02<br><0,5 | 0,390±0,01<br>-<br><0,5 |

Примечание: Р - в сравнении до лечения с данными лиц, принимавших МЕЛАПУР Мелатонин.

Р 1 - в сравнении до лечения с данными лиц, принимавших Мелатонин.

Как видно из представленных данных, количество Т-клеток как в процентном, так и в абсолютном отношении оставалось достоверно без изменений.

Количество ЕАС-РОК достоверно не изменялось в обеих группах наблюдения; что касается О-лимфоцитов, то количество их до приема препаратов было резко достоверно увеличено в обеих группах наблюдения. В группе, где давался пациентам МЕЛАПУР Мелатонин, отмечалась достоверное снижение этих недифференцированных клеток.

Содержание основных иммунорегулирующих клеток Т-хелперов и Т-супрессоров, так же, как и высокоактивных Т-лимфоцитов, представлено в таблице 6. Из данных, представленных в таблице, видно, что содержание Т-активных клеток достоверно снижено, так же, как и ТФР-розеткообразующих клеток. ТФР-розеткообразующие клетки оставались в пределах нормы. Проведенное лечение исследуемыми препаратами достоверно не влияло на содержание указанных клеток.

Известно, что количественное состояние иммунокомпетентных клеток не может в полной мере характеризовать состояние Т- и В- систем иммунитета без оценки функционального состояния Т- и В-лимфоцитов. Цифровые данные, показывающие функциональную активность Т- и В-клеток у исследуемых группах, представлены в таблице 7. Из данных таблиц видно, что у пациентов до лечения отмечалось снижение реакции бластной трансформации с фитогемаглютинином. После проведенного лечения у пациентов, получавших МЕЛАПУР Мелатонин, отмечалась нормализация показателей (Р<0,05). Что касается иммуноглобулинов, то, как видно из цифрового материала той же таблицы, достоверно изменилось только содержание IgA. Снижение отмечалось до лечения и восстановлений до контрольных цифр после лечения в первой группе наблюдения.

Состояние неспецифических факторов защиты, определенных по двум показателям фагоцитоза и метаболической активности полиморфноядерных лейкоцитов, представлены в таблице 8.

19

Из цифрового материала, представленного в таблице, видно, что у исследуемых больных отмечается снижение фагоцитарного индекса у 81% обследованных.

После проведения курса лечения исследуемыми препаратами установлено, что и МЕЛАПУР Мелатонин, и Мелатонин восстанавливают неспецифические показатели иммунитета, причем полученные цифры не отличаются достоверно от контрольных цифр.

Подводя этапный итог сказанному выше, можно сделать вывод, что у больных, принимавших исследуемые препараты, не отмечалось никаких осложнений, аллергических реакций и других побочных явлений. Все 100% наблюдавшихся отмечали подъем жизненных сил, уменьшение или исчезновение слабости, отсутствие к концу лечения «дрожи» в теле, «колей» за грудиной, плохого настроения утром.

На основании результатов клинических испытаний, проведенных на группах больных, была дана суммарная оценка эффективности исследуемых препаратов (см.таблицу 9).

Таблица 9.

Сравнительная суммарная оценка иммуномодулирующего эффекта препаратов МЕЛАПУР Мелатонин и Мелатонин, полученная у больных ИБС

| Препарат | Эффективность | |
|---|---|---|
| | баллы* | % |
| МЕЛАПУР Мелатонин | 15,3 | 86% |
| Мелатонин | 15,0 | 78% |

* из 16 возможных.

Таким образом, по суммарному показателю эффективности, МЕЛАПУР Мелатонин представляет собой высокоэффективный препарат с иммуномодулирующим эффектом.

Таблица 5.

Содержание Т-, В- и О-лимфоцитов в периферической крови больных ИБС и получавших исследуемые препараты

| Группы наблюдения | Статистический показатель | Е-РОК Контроль % / абс | Е-РОК До лечения % / абс | Е-РОК После лечения % / абс | ЕАС-РОК Контроль % / абс | ЕАС-РОК До лечения % / абс | ЕАС-РОК После лечения % / абс | О-лимфоциты Контроль % / абс | О-лимфоциты До лечения % / абс | О-лимфоциты После лечения % / абс |
|---|---|---|---|---|---|---|---|---|---|---|
| Группа, получавшая МЕЛАПУР Мелатонин | M±м | 53,2±4,9 | 39,8±2,1 | 46,3±3,1 | 28,0±2,8 | 23,5±1,6 | 24,4±1,5 | 18,8±1,5 | 36,7±1,8 | 29,3±1,7 |
| | | 1,12±0,13 | 0,75±0,06 | 0,91±0,05 | 0,58±0,06 | 0,47±0,04 | 0,51±0,03 | 0,37±0,04 | 0,19±0,04 | 0,26±0,02 |
| | Р | | | | | | | | | |
| | Р1 | | <0,05 | - | | <0,5 | - | | <0,01 | <0,05 |
| | Р2 | | <0,05 | <0,5 | | <0,5 | <0,5 | | <0,01 | <0,05 |
| | Р3 | | | <0,5 | | | <0,5 | | | <0,05 |
| | Р4 | | | <0,05 | | | <0,5 | | | <0,05 |
| | Р5 | | | <0,05 | | | | | | |
| Группа, получавшая Мелатонин | M±м | 53,2±4,9 | 39,8±2,1 | 38,1±2,9 | 28,0±2,8 | 23,5±1,6 | 22,3±0,9 | 18,8±1,5 | 36,7±1,6 | 36,4±2,1 |
| | | 1,12±0,13 | 0,75±0,06 | 0,71±0,08 | 0,53±0,06 | 0,47±0,04 | 0,51±0,04 | 0,37±0,04 | 0,19±0,01 | 0,24±0,02 |
| | Р | | | | | | | | | |
| | Р1 | | <0,05 | - | | <0,5 | - | | <0,01 | <0,05 |
| | Р2 | | <0,05 | <0,05 | | <0,5 | <0,5 | | <0,01 | <0,05 |
| | Р3 | | | <0,05 | | | <0,5 | | | <0,5 |
| | Р4 | | | <0,5 | | | <0,5 | | | <0,5 |
| | Р5 | | | <0,5 | | | | | | |

Примечание:  Р-Р1 - в сравнении данных групп до лечения;

Р2-Р3- в сравнении данных групп после лечения;

Р4-Р5 - в сравнении данных опытных групп между собой.

Показатель функциональной активности Т- и В-лимфоцитов  крови у больных ИБС  и получавших исследуемые препараты

Таблица 7.

| Группы наблюдения | Статистический показатель | РБТЛ с ФГА Контроль %/абс | До лечения %/абс | После лечения %/абс | IgA Контроль лечения | IgA До лечения | IgA После лечения | IgM Контроль лечения | IgM До лечения | IgM После лечения | IgG Контроль лечения | IgG До лечения | IgG После лечения |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Группа M±м | M±м | 81,4±6,3 | 66,3±4,8 | 71,3±5,1 | 2,14±0,18 | 1,5±0,12 | 2,01±0,11 | 1,24±0,11 | 1,18±0,9 | 1,30±0,7 | 13,7±0,8 | 11,3±0,9 | 14,6±0,2 |
| | P | | | 1,33±0,11 | | | | | | | | | |
| | P1 | | <0,05 | - | | <0,05 | <0,05 | | <0,5 | - | | <0,5 | - |
| | P2 | | <0,05 | <0,5 | | <0,05 | <0,05 | | <0,5 | <0,5 | | <0,5 | <0,5 |
| | P3 | | <0,05 | <0,5 | | | <0,5 | | | <0,5 | | | <0,5 |
| | P4 | | | <0,5 | | | | | | | | | |
| | P5 | | | <0,5 | | | | | | | | | |
| Группа M±м | M±м | 1,78±0,16 | 0,99±0,07 | 0,98±0,07 | 2,14±0,18 | 1,5±0,12 | 1,57±0,8 | 1,24±0,11 | 1,18±0,9 | 1,26±0,1 | 13,7±0,8 | 11,36±0,9 | 13,0±0,6 |
| | P | | | | | | | | | | | | |
| | P1 | | <0,05 | - | | | | | | - | | | - |
| | P2 | | <0,05 | <0,05 | | <0,05 | <0,05 | | <0,5 | <0,5 | | <0,5 | <0,5 |
| | P3 | | <0,05 | <0,05 | | | <0,5 | | | <0,5 | | | <0,5 |
| | P4 | | | | | | | | | | | | |
| | P5 | | | | | | | | | | | | |

Примечание:

Р-Р1 - в сравнении данных групп до лечения;

Р2-Р3 - в сравнении данных групп после лечения;

Р4-Р5 - в сравнении данных опытных групп между собой.

Таблица 8.

Показатели фагоцитарной и метаболической активности ПЯЛ у больных ИБС и получавших исследуемые препараты

| Группа наблюдения | Статистический показатель | ФИ | | | НСТ-тест | | |
|---|---|---|---|---|---|---|---|
| | | Контрольная группа | До лечения | После лечения | Контрольная группа | До лечения | После лечения |
| Пациенты, получавшие МЕЛАГУР | M±m | 70,9±6,7 | 56,7±4,8 | 68,3±5,1 | 42,5±3,6 | 66,3±6,5 | 40,3±3,1 |
| | P | | <0,05 | <0,5 | | <0,05 | <0,5 |
| | P1 | | | <0,05 | | | <0,05 |
| | P2 | | | | | | |
| Пациенты, получавшие Мелатонин | M±m | 70,9±6,7 | 56,7±4,8 | 67,7±3,8 | 42,5±3,8 | 66,3±6,5 | 45,4±3,6 |
| | P | | <0,05 | - | | <0,05 | - |
| | P1 | | | <0,5 | | | <0,5 |
| | P2 | | | <0,05 | | | <0,05 |

Примечание:

Р - достоверность различий между данными контрольной группы и данных до лечения;

Р1 - достоверность различий между данными контрольной группы и данных после лечения;

Р2 - достоверность различий между данными контрольной группы и данных до и после лечения.

Связь между низким уровнем мелатонина и нарушениями сна существенна, особенно у пожилых людей. Уровень мелатонина снижается с возрастом и у пожилых пациентов он ниже, чем в контроле, сравнимом по возрасту. Мы наблюдали обратную корреляцию (r =-0.47, p<0.05) между возрастом и ночным уровнем основного мочевого метаболита мелатонина, 6-гидроксимелатонина у 34 субъектов, примерно одного возраста и с одинаковым нарушением сна (таблица 10).

Таблица 10

| возраст (годы) | 20-39 | 40-59 | 60-79 |
|---|---|---|---|
| мочевой* 6-гид-рокисимелатонин ( мкг) | 11.7 (5) | 8.4(9) | 5.7(3.0) |

* - 17-часовый сбор мочи каждую ночь

Исследования свидетельствуют, что мелатонин может улучшать сон у пожилых лиц с бессонницей (таблица 11)

| | Контроль | Больные ИБС с бессонницей |
|---|---|---|
| м/ж | 19/6 | 4/4 |
| возраст (годы) | 71,4±5,2 | 73,1±3,1 |
| пик мелатонина (мкг/час) | 3,3±0,4 | 1,8±0,2 |

Бессонница ощущалась как плохой сон, по крайней мере, 3 ночи в неделю в течение минимум 6 месяцев с соответствующим влиянием на функцию бодрствования. Исключению подверглись лица с клинически диагностируемой бессонницей: хронические боли, использование алкоголя и других препаратов, влияющих на сон. Пациенты с бессонницей подверглись двойному слепому перекрестному исследованию, состоящему из 4-х семидневных экспериментальных периодов: 1 фоновый семидневный период без лечения и 3 семидневных периода с лечением. Во время лечения субъекты получали 1 таблетку препарата или плацебо за 2 часа до желаемого времени отхода ко сну.

Сон наблюдался посредством запястного антиграфона в течение семидневного периода. 17 из 34 наблюдаемых с бессонницей затем получали 1 таблетку в течение 60 дней. Сон изучался актиграфоном на последней неделе месячного периода лечения.

Таблица 12.

| | Плацебо | МЕЛАПУР Мелатонин | Мелатонин |
|---|---|---|---|
| Эффективность сна (%) | 77,4 (1,9) | 80,5 (1,9) | 80,4(1,8) |
| Уровень активности* | 26,9 (2,6) | 25,8 (3,8) | 23,0 (2,5) |
| Латентность сна (мин) | 54 (13) | 32 (7) | 37 (11) |

* - Движения актиграфа/6 первых частей периода SEM в парентезе

Качество сна и уровень активности значительно улучшился в S-1W период после приема обоих препаратов по сравнению с плацебо. В периоде S-2m лечения открытой меткой продолжалось улучшение обоих показателей. Латентность сна

26

значительно улучшилась и в периоде лечения S-2m была такой же, как в контрольной группе.

Данные этих исследований свидетельствуют, что   оба препарата, в основном, влияют на латентность сна.

БЕЗВРЕДНОСТЬ

Мелатонин в США  имеет статус очень  широко потребляемого гормона. По оценкам Genzyme, только в США мелатонин употребляют 10-20 миллионов людей. Хотя не было зафиксировано случаев  токсичности мелатонина или смерти, вызванной им, Genzyme признает, что  механизм фармакологической настороженности может быть не столь суров для мелатонина, как для других лекарств, добавок или медицинских приспособлений.

Департамент Здоровья и Медицинской помощи по программе Медбокс  в системе  SRS    и Департамент  Эпидемиологии  и  Надзора  Министерства здравоохранения  и  FDA США   предоставляют сведения   о нежелательных эффектах, возникших вследствие использования Мелатонина соответственно по этим Департаментам - 7 и 38. Реакции обобщенные по двум этим источникам, суммированы в следующей таблице:

Таблица 13.

Перечень  установленных  побочных  эффектов  Мелатонина

| Побочный эффект | Общее число случаев | Источник сообщения |
|---|---|---|
| Депрессия | 2 | SRS & MW |
| Головокружение | 2 | SRS |
| Головная боль | 2 | SRS & MW |
| Бессонница | 2 | SRS |
| Тошнота | 2 | SRS & MW |
| ∨ Отсутствие эффекта | 2 | SRS |
| Сердцебиения | 2 | SRS |
| Тахикардия | 2 | SRS |
| ∨ Возбуждение | 1 | SRS |
| Аллопеция | 1 | SRS |

| | | |
|---|---|---|
| Стенокардия | 1 | SRS |
| Аритмия | 1 | SRS |
| ✓Атаксия | 1 | SRS |
| ✓Набухание молочных желез | 1 | SRS |
| Спутанность сознания | 1 | SRS |
| Мания | 1 | SRS |
| Нарушение сна | 1 | SRS |
| ✓ Взаимодействие с др. лекарствами | 1 | SRS |
| Диспепсия | 1 | SRS |
| ✓Диспноэ | 1 | SRS |
| Лихорадка | 1 | SRS |
| Онемение гениталий | 1 | MW |
| ✓Гипотензия | 1 | SRS |
| Случаи повреждений | 1 | SRS |
| Лактация | 1 | SRS |
| ✓ Ятрогения | 1 | SRS |
| Превышение дозы | 1 | SRS |
| Боли в животе | 1 | SRS |
| Боли в груди | 1 | SRS |
| Боли в тазу | 1 | SRS |
| Парестезии | 1 | SRS |
| Симптомы апоплексии | 1 | MW |
| ✓ Реакция аггравации | 1 | SRS |
| Сонливость днем | 1 | MW |
| Обморок | 1 | SRS |
| Нарушение мышления | 1 | SRS |
| Усиление явлений цистита, | 1 | MW |
| Синдрома Шенгрена, б-ни Крона | | |

В нашем исследовании ни один из приводимых побочных эффектов не был зафиксирован. Все больные хорошо переносили лечение в течение времени наблюдения.

## ВЫВОДЫ

1. Лекарственная форма препарата "МЕЛАПУР Мелатонин" "Melatoninum" обладает хорошей переносимостью и низкой токсичностью.

2. Лекарственная форма препарата "МЕЛАПУР Мелатонин" (таблетки) не обладает аллергизирующим и раздражающим действием.

3. Лекарственная форма препарата "МЕЛАПУР Мелатонин" является высокоэффективным общеукрепляющим и иммунокоррегирующим средством.

4. Изученная лекарственная форма (таблетки) "МЕЛАПУР Мелатонин" обладает выраженным нормализирующим сон средством.

5. Препарат "МЕЛАПУР Мелатонин" в таблетках может использоваться для лечения и профилактики ишемической болезни сердца (различных форм), в том числе протекающей на фоне нарушений сна и иммунной системы.

## ЛИТЕРАТУРА

1. Андреева А.И., Шарова С.Д. Определение влияния веществ на секрецию соляной кислоты в желудке//Фармакол. и токсикол. - 1978.-№4.-С.428-432.

2. Методические рекомендации по оценке аллергенных свойств фармакологических средств. Издание официальное. МЗ СССР. Фармакологический комитет. Москва, 1988.-22с.

3. Проблемы иммунологической реактивности и аллергии. -М.:Медицина.-1971.-218с.

4. Резников К.М., Леонов А.Н., Китаева Р.И. Моделирование поражений миокарда различной степени выраженности//Бюлл.экспер.биологии и медицины.-1985.-Т.101, №6.-С.532-534.

5. А.с. 1174966 СССР / Яблучанский Н.И., Гуцал А.А., Шульженко А.И. и др.//Открытия.-1985.-№31.

6. Кокунин В.А. Статистическая обработка данных при малом числе опытов.-Укр.биохим.журн., 1975.-Т.47, №6.-С.776-791.

7. Стальная И.Д., Гаришвили Т.Т. Метод определения малонового диальдегида с помощью тиобарбитуровой кислоты//Современные методы в биохимии.-М.:Медицина, 1977.-С.44-46.

8. Триняк В.Г. Особенности развития и течения острого отека легких в условиях гипер- и гипотермии на фоне эфирного наркоза//Бюлл.эксперим.биол. и мед.-1968.- №7.-С.40-41.

9. Урбах В.М. Статистический анализ в биологических и медицинских исследованиях.-М., 1975-326с.

10. Bohn, D., Melatonon's multifarious marvels: miracle or myth? Science and Medicine, 1996.347 (January 20): p.184

11. Lewin, D.I., Special Section: Hormones, Researchers Cycle Down the Path to Elucidating Melatonin's Rhythms. The Jornal of NIH Research, 1996. 8 (April): p. 45-49.

12. Reppert, S.M., David R. Weaver, Melatonin Madness. Cell, 1995. (December 29): p. 1059-1062.

13. Nowak, R., I.C. McMillen, J. Redman, R.V.Short, The Correlation Between Serum and Salivary Melatonin Concentrations and Urinary 6-Hydroxymelatonin Sulphate Excretion Rates: Two Non-Invasive Techniques for Monitoring Human Circadian Rhythmicity. Clinical Endocrinology, 1987. 27: p.445-452

14. Plenzer, S.C., P.J.M., B.L. Myers, K.P.Wright, Jr.,P.Badia, G.Kellerman, Reliability of Salivary Melatonin. Sleep Research, 1995. 24: p.535.

15. Sack, R.L., Alfred J. Lewy, Danielle L. Erb, William M. Vollmer, Clifford Singer, Human Melatonin Production Decreases With Age. Journal of Pineal Research, 1986. 3: p.379-388.

16. Dollins, A.B., Irina V.Zhdanova J. Wurtman, Harry J.Lynch, Mei H. Deng, Effect of iduction nocturnal serum melatonin concentrations in daytime sleep, mood, body temperature, and performance. Physiology, 1994.91 (March): p.1824-1828.

17. Gonzales R., A.S., J.A. Ferguson, C.Balmer, C.Daniel, A. Cohn, W.A.Robinson, Melatonin therapy of advanced human malignant melanoma. Melanoma Research, 1991. 1:p.237-243.

18. Neville, S.,J. Arendt, C.Ioannides, A Study of Mutagenicity of Melatonin and 6-Hydroxymelatonin. Journal of Pineal Research, 1989. 6:p.73-76.

19. Papayasiliou Paul S, G.C.C., Simone E. Duby, Andreas J.Steck, Margaret Bell, William H. Lawrence, Melatonin and Parkinsonism. JAMA, 1972. 221, No 1 (July 3): p.88.

20. Sugden, D., Psychopharmacological Effects of Melatonin in Mouse and Rat. Journal of Pharmacology and Experimental Therapeutics, 1983. 227 No.3: p.587-591.

21. Wright J., M.A., C. Franey, J. English, J. Arendt, The Effects of Exogenous Melatonin On Endocrine Function in Man. Clinical Endocrinology, 1986. 24: p.375-382.

22. Arendt, J., M. Aldous, J.Enlish, V.Marks, J.H. Arendt, Some effects of jet-lag and their alleviation by melatonin. Ergonomics, 1987. 30, No 9: p.1379-1393.

23. Attenburrow, M., Sharley AL, Cowen PJ, The Acute Effects of Low Dose Melatonin On Sleep. British Assotiation for Psyhopharmacology, 1995.

24. Dawson, D., Encel N, Melatonin and Sleep in Humans. Journal of Pineal Research, 1993. 15:p.1-15.

25. Haimov, I., Peretz Lavie, Moshe Laudon, Paula Herer, C Vigder, Nava Zisapel, Melatonin Replacement Therapy of Elderly Insomniacs. Sleep, 1995. 18(7): p.298-603.

26. Zhdonova, I.V., PhD; R.J. Wurtman, MD; H.J.Lynch, RhD; J.R.Ives, BS; A.B.Dollins, RhD; C.Morabito, BS; J.K.Matheson, MD; D.L.Schomer, MD; Sleep-inducing Effects of Low Doses of Melatonin Ingested in the Evening. Clinical Pharmacology & Therapeutics, 1995. 57(5): p.552-558.

27. Cagnacci, A.R.Soldani, S.Yen, Exogenous melatonin enhances luteinizing hormone levels of women in the follicular but not in the luteal menstrual phase. Fertility and Sterility, 1996. 62 No 5 (May): p.996-999.

28. Driessche, V.d.A.M., R.Small, M.Cohen, Safety Aspects and Adverse Experiences with a Melatonin-Norethindrone Combination as Oral Contraceptive. Abstracts, 1996. p.67-71

29. Sandyk Reuven, P.G.A., P.A. Anninos, N.Tsagas, Is Postmenopausal Osteoporosis Related to Pineal Gland Function? Intern. J.Neuroscience, 1992. 62: p.215-225.

30. Voordouw B., C G, R.Euser, R.E R Verdonk, B.Th.Alberda, F.H.De Long, A.A.T C. Drogendijk, B.C.J.M. Fauser, M.Cohen, Melatonin and Melatonin-Progestin Combinations Alter Pituitary-Ovarian Function in Woman Can Inhibit Ovulation. Journal of Clinical Endocrinology and Metabolism, 1992. 74 No 1: p.108-117.

31. Reiter, R.J., Functional Pleitropy of the Neurohormone Melatonin: Antioxidant Protection and Neuroendocrine Regulation. Frontiers in Neuroendocrinology, 1995. 16: p.383-415.

32. Lissoni, P., A. Ardizzoia, S. Barni, F.Brivo, E.Tisi, F.Robellio, G. Tacini, G.Maestroni, L. Fumagalli, Efficacy and tolerability of cancer neuroimmunotherapy with subcutaneous low-dose, interleukin-2 and the pineal hormone melatonin: A progress report of 200 patients with advanced solid neoplasms. Oncology Report, 1995. 3: p.1063-1068.

33. Lissoni, P., S. Barny, S.Meregalli, V.Fossati, M.Cazzaniga , D. Esposti, G. Tancini, Modulation of cancer endocrine therapy by melatonin: a phase II study of tamoxifen plus Melatonin in metastic breast cancer patients progressing under tamoxifen alone. British Journal of Cancer, 1995. 71: p.854-856.

34. Morrey, K.M., J.A.McLachlan, C.D.Serkin, O.Bakouche, Activation of Human Monocytes by the Pineal Hormone Melatonin. J.Immunol, 1994. 153 (6): 2671.

36. Hattori, A., H. Migitaka, M.Iigo, M.Itoh, K.Yamamoto, R.Ohtani-Kaneko, M.Hara, T.Suzuki, R.J.Reiter, Identification of Melatonin in Plants and its Effect on Plasma Melatonin Levels and Binding to Melatonin Receptors in Vertebrates. Biohemistry and Molecular Biology International, 1995. 35: p.627-634.

**28**



**PHARMACEUTICALS**

37 HOLLANDS ROAD
HAVERHILL SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

## Fax Transmission

**To: Kayat Trading Ltd, Mr K Mechkov**

**From:  Roger Sparrow**          **9 September 1997**          **Page 1 of  4**

Direct Fax Line (44) 1440 716286
Direct Phone Line (44) 1440 716232                    Mobile: (44) 0410 393635

Dear Mr Mechkov

Here are hopefully the final amendments to the Ukraine label.

Please proof read and let me know if they are approved.


Sincerely

Roger Sparrow
Sales Director, Finished Dosage Form Pharmaceuticals



a Division of Genzyme Limited.
Registered in England No. 1906462  Registered Office 37 Hollands Road  Haverhill  Suffolk  CB9 8PU England



# ЗАСОБИ ЗАСТЕРЕЖЕННЯ

Може викликати сонливість. Після прийома не рекомендуеться керувати автомобілем або іншою складною технікою.

Не вживати разом з транквілізаторами, антидепресантами та седативними препаратами, а також особам, які страждають на ауто-імунні захворювання та гормональні порушення.

При бажанні завагітняти, під час вагітності та годування груддю приймати в разі дійсної необхідності.

Зберігати від дітей!
АГЕНТ: KAYAT TRADING LTD.
Ексклюзивний дістрибьютор в Україні:
"Аніт", Лтд, тел: 2944424
Фармацевтичний представник в Україні:
АО "Серта", тел: 2944409  факс: 2944017



Джензайм корпорейшн, Кембрідж, МА, США

Mela Pure is a product of ©Genzyme Corporation, USA

## РЕКОМЕНДАЦІЇ ПО ЗАСТОСУВАННЮ

Призначають для: поновлення функції сна та циркадних ритмів без побічних ефектів, лікування неврозів та наслідків впливу стресу, функціональних захворюваннях органів сердцево-судинної системи, та органів ЖКТ підвищення иммунітету, в якості антиоксидантного засоба. Сприяє адаптації організма при зміні часових поясів.

Не містить цукор, сіль, кальцій, а також жодного з відомих алергенів.

Приймати по 1-2 таблетці за 20-30 хвилин перед сном.

Кожна таблетка містить:
Мелатонін 3 мг



GENZYME
QUALITY
MELATONIN

Зберігати в сухому прохолодному місці в щільно закритій упаковці.

Зроблено в США

Batch:



**29**

# *Kayat Trading Ltd*

36 Grivas Digenis Ave., P.O.Box 3393, 1682 Nicosia-Cyprus, Tel: +357-2-452680, Fax: +357-2-441928

Nicosia

07.11.1997

**Mr. Roger Sparrow**
**Sales director, Finished Dosage Form Pharmaceuticals.**

Dear Mr. Sparrow,

Following to our yesterday conversation I'd like to ask you again to put into Certificate of Origin Country of Origin USA.

You get the powder from USA and for this reason it goes in full conformity with reality.

We still facing with different kind of problems. Ukranian customers found a few small mistakes in the lable. But it is their fault.

They will give us correct text on Tuesday and we'll immediately pass it to you.

Yours faithfully,

K.Mechkov
Director.

P.S. Please don't forget to send me today Moscow shipping documents to solve the problem in Moscow.

**30**



genzyme
PHARMACEUTICALS

37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
FAX +44 1440 701783

**Fax Transmission**

To: Kayat Trading Ltd, Mr K Mechkov

From: Roger Sparrow

7 November 1997

Page 1 of 5

Direct Fax Line (44) 1440 718286
Direct Phone Line (44) 1440 716232

Mobile: (44) 0410 393635

Dear Mr Mechkov

Here is the certificate of quality and commercial invoice for the 9,600 bottles we will ship to Kiev. As far as I know the product will fly over the weekend and arrive in Kiev for Monday.

As you will be away next week perhaps you can fax with Gloria over any documentation you need to complete the invoices

I have 30,000 Ukrainian labels on order, if you need them changed please inform very quickly as it will be too late. We will have to charge for new artwork if you need changes, but it can be done.

Concerning the certificate of origin. We will declare USA origin on the latest shipment to Ukraine but this really has to be the last time. We manufacture the Melatonin powder in England and Switzerland and manufacture, pack and label the MelaPure in England. In order to get a Certificate of Origin I have to prove to the local Chamber of Commerce that we imported the product. This means me giving them US Invoice, AWB number e.t.c. I cannot understand what is wrong with UK origin because thousands of UK companies export to Russia and Ukraine every year, even more than the USA. So please find out on your trip what we have to do to declare UK origin?

Finally here are the letters written to the Bank to clear the L/C for Russia as requested. I cannot provide any other details.

Should have 9,600 Russian label bottles ready for shipment by one week on Tuesday.

Sincerely

Roger Sparrow
Sales Director, International



A Division of Genzyme Limited
Registered in England No. 1832982 Registered Office 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England



**31**



PHARMACEUTICALS

37 HOLLANDS ROAD
HAVERHILL SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

**Fax Transmission**

**To: Kayat Trading Ltd, Mr K Mechkov**

**From:  Roger Sparrow**          **12 November 1997**          **Page 1 of  1**

Direct Fax Line (44) 1440 716286
Direct Phone Line (44) 1440 716232                    Mobile: (44) 0410 393635

Dear Mr Mechkov

Thank you for the fax, you have my guarantee that we will send new Certificate of Origin, USA, Certificate of Quality and I am including commercial invoice as well just in case this is missing.

Lena please use my private fax number 44 1440 716286.

Its much quicker.

Sincerely

Roger Sparrow
Sales Director, International

A Division of Genzyme Limited.
Registered in England no. 1856685. Registered Office: 37 Hollands Road, Haverhill, Suffolk, CB9 8PU England.



**32**

| 1 Consignor | No. FG 645246 | COPY |
|---|---|---|
| GENZYME PHARMACEUTICALS<br>37 HOLLANDS ROAD<br>HAVERHILL<br>SUFFOLK    CB9 8PU<br>ENGLAND | | |

**EUROPEAN COMMUNITY**

| 2 Consignee | |
|---|---|
| JSC "C.E.R.T.A." KIEV UKRAINE<br>18 CHIGORINA STREET<br>KIEV 252042<br>UKRAINE | **CERTIFICATE OF ORIGIN** |

| | 3 Country of Origin |
|---|---|
| | U.S.A. |

| 4 Transport details (Optional) | 5 Remarks |
|---|---|
| AIR FREIGHT<br><br>FROM:  LONDON AIRPORT<br><br>TO:    KIEV AIRPORT | LETTER OF CREDIT NO:<br><br>005-7-00123 |

| 6 Item number; marks; numbers; number and kind of packages; description of goods | 7 Quantity |
|---|---|
| MELAPURE - NON HAZARDOUS<br><br>TARIFF NUMBER 2937.99.9550 | 9600 Bottles<br>60 Tablets per<br>bottle |

8 THE UNDERSIGNED AUTHORITY CERTIFIES THAT THE GOODS DESCRIBED ABOVE ORIGINATE IN THE COUNTRY SHOWN IN BOX 3

**CAMBRIDGE AND DISTRICT CHAMBER OF COMMERCE AND INDUSTRY**

Place and date of issue  name  signature and stamp of competent authority

Cambridge

. . . . . . . . . . . 19

CYPRUS POPULAR BANK LTD
TISSA SECTOR 303 (TITU)

Cambridge and District Chamber of Commerce and Industry

OTI/XP  3025

The John Oldham Printing Group, Huddersfield