**33**

# genzyme

PHARMACEUTICALS

# COMMERCIAL INVOICE

37 HOLLANDS ROAD
HAVERHILL SUFFOLK
CB9 8PU
UNITED KINGDOM
TEL.01440 703522
FAX .01440 707783

VAT REGN.No. 594 8688 60 002

Date:- 6/11/97

| ISSUED IN THE NAME OF | CONSIGNEE ADDRESS |
|---|---|
| KAYAT TRADING LTD.<br>36 GRIVAS DIGHENIS AVE.<br>P.O.BOX 3393<br>1682 NICOSIA<br>CYPRUS | JSC "C.E.R.T.A."KIEV UKRAINE<br>252042 KIEV<br>UKRAINE<br>18 CHIGORINA ST. |

| CUSTOMER ORDER NUMBER | GENZYME ORDER NUMBER | CARRIER/WAYBILL NUMBER |
|---|---|---|
| L/C 005-7-00123 | 561159 | CONNAUGHT |

| PRODUCT DESCRIPTION | QUANTITY | UNIT PRICE | VALUE |
|---|---|---|---|
| MELAPURE TABLETS LOT 703003/1<br>GENZYME BATCH B22431 NON<br>HAZARDOUS TABLETS TARIFF NO.<br>2937 99 9550<br><br>TABLET ARE OF 3mg STRENGTH<br><br><br>TERMS CIP KIEV<br>PACKAGE NO'S 1-48 | 9600 bottles | $3.5/bottle | $33600.oo |

| DECLARATION | DELIVERY ADDRESS (If different from Consignee) |
|---|---|
| ABOVE GOODS ARE OF U.S.A.<br>ORIGIN.<br><br>R.PANNERS<br><br>FOR AND ON BEHALF OF<br>GENZYME PHARMACEUTICALS | THE CYPRUS POPULAR BANK LTD |

**34**

Consignor
GENZYME PHARMACEUTICALS
37 HOLLANDS ROAD
HAVERHILL
SUFFOLK, CB9 8PU
ENGLAND

JSIP "C.E.R.T.A." KIEV UKRAINE
18 CHIGORINA STREET
KIEV 252042
UKRAINE

No. FG 645252    ORIGINAL

**EUROPEAN COMMUNITY**

**CERTIFICATE OF ORIGIN**

4  Country of Origin

EUROPEAN COMMUNITY - UNITED KINGDOM

5  Remarks

4  Transport details (Optional)

AIR FREIGHT LONDON/UKRAINE

6  Item number, marks, numbers, number and kind of packages, description of goods

MELAPURE 3mg TABLETS

NON HAZARDOUS CHEMICALS

TARIFF NUMBER 2937.99.9550

7  Quantity

20480 Bottles
(60 per bottle)

CAMBRIDGE AND DISTRICT CHAMBER OF COMMERCE AND INDUSTRY

CERTIFYING STAMP
22 DEC 1997
CAMBRIDGE CHAMBER OF COMMERCE & INDUSTRY

Cambridge

22. DEC. 1997

D. Hefferland

Cambridge and District Chamber of Commerce and Industry

Consignor
GENZYME PHARMACEUTICALS
37 HOLLANDS ROAD
HAVERHILL
SUFFOLK, CB9 8PU
ENGLAND

JSM "C.E.K.Y.A." KIEV UKRAINE
18 CHIGORINA STREET
KIEV 252042
UKRAINE

**No. FG 645252**  |  **ORIGINAL**

**EUROPEAN COMMUNITY**

**CERTIFICATE OF ORIGIN**

3. Country of Origin

U.S.A.

5. Remarks

4. Transport details (Optional)

AIR FREIGHT LONDON/UKRAINE

6. Item number, marks, numbers, number and kind of packages; description of goods

MELAPURE 3mg TABLETS

NON HAZARDOUS CHEMICALS

TARIFF NUMBER 2937.99.9550

7. Quantity

20480 Bottles
(60 per bottle)

CAMBRIDGE AND DISTRICT CHAMBER OF COMMERCE AND INDUSTRY

*[stamp: CAMBRIDGE CHAMBER OF COMMERCE & INDUSTRY — CERTIFYING STAMP — 22 DEC 1997]*

Cambridge

2 2 DEC 1997

*D. Hefferland*

Cambridge and District Chamber of Commerce and Industry

**35**



genzyme
PHARMACEUTICALS

3/ HOLLANDS ROAD
HAVERHILL · SUFFOLK
CB9 8PU. ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

**Fax Transmission**

**To:** Kayat Trading Ltd, Mr K Mechkov

**From:** Roger Sparrow          20 November 1997          Page 1 of 2

Direct Fax Line (44) 1440 716286
Direct Phone Line (44) 1440 716232          Mobile: (44) 0410 393635

Dear Mr Mechkov

Making some return on this MelaPure business is certainly a challenge, but worthwhile I feel.

If Anit and Newcom are good distributors they will help us overcome the problems so that we can start shipping material as a routine with no issues.

Just an update on current matters:

We shipped the 9,600 bottles to Ukraine last week and are testing 10,000 bottles for Russia which will be ready to ship early next week.

Sufficient blends were passed for Melatonin content yesterday, sufficient to tablet 20,000 bottles. Which label do you want on these, all one country, or 10,000 Russia and 10,000 Ukraine, please advise soonest.

The additional Certificate of Origin was sent to Anit by FEDEX a couple of weeks ago. I have sent another today again by FEDEX unofficially. This has to be last time or I will be in deep trouble. I trust you persuaded our distributors to accept UK in future as this is all I can send unless you can action from Cyprus.

Our distributors Anit and Newcom earn much greater returns that we do so we must persuade them to work a little harder at overcoming the problems detailed in your fax.

We shut down the original supplier in the USA some time ago because his tablets were below standard for appearance, stability and they routinely supplied tablets short on Melatonin dosage.

So we now make in the UK to European regulations (Pharmacopoeia)

We sell the purest product, exactly 3mg dosage the only tablet of this quality anywhere in the world. It is formulated so that it cannot break up in the bottle but disintegrates in the stomach in 1 minute.



A Division of Genzyme Limited.
Registered in England No. 1860886. Registered Office: 37 Hollands Road, Haverhill Suffolk CB9 8PU England





37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU. ENGLAND
TEL +44 1440 703522
FAX +44 1440 701783

We are very concerned that we comply with microbiological limits and test extensively for Yeast, Mold, Salmonella Species, Escherichia Coll and Staphlococcus Aureus. The only supplier doing this! In Europe it is now the normal to not add a silica gel bag (not required) no cotton wool or hermetic seal as we have a tamper proof top which is much more secure. The top brand of Multi Vitamins "Centrum" which is on sale in the Russian and Ukraine markets is packed exactly as ours is. By not putting in the seal, cotton wool or silica gel we avoid the risk of Microbial contamination.

As this type of pack is not produced in the UK we cannot offer any other pack than the one you are receiving. It is not possible in the manufacturing process. So if we have to re-file on the basis of a new pack then we will stop the sales. Product will also be much more expensive.

There must be a way of getting acceptance of our standard pack, Anit and Newcom after all earn much more out of this then we do and therefore will have to work a little harder.

Fighting to get more supplies quicker as per our conversation today, also I have on site a visiting photographer doing shots of Genzyme. He has agreed to shoot some stills of the Russian and Ukraine MelaPure bottles surrounded by tablets and the sleeping man logo. We may be able to film the stills on Sony Video next week when they are developed and your people can add the spoken word. Lets see if this works.

I am busy with Hoffman La Roche here tomorrow, so I will break out of meeting to call you

Keep up the great work.

Sincerely

Roger Sparrow
Sales Director, International




A Division of Genzyme Limited.
Registered in England No. 1956880. Registered Office: 37 Hollands Road, Haverhill, Suffolk. CB9 8PU. England.

**36**

# genzyme
PHARMACEUTICALS

37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

**Fax Transmission**

To: Kayat Trading Ltd, Mr K Mechkov

From: Roger Sparrow          20 January 1998          Page 1 of 1

Direct Fax Line (44) 1440 716286          Mobile: (44) 0410 393635
Direct Phone Line (44) 1440 716232

Dear Konstantin

I need to advise you that Genzyme Corporation in the United States has opened a new manufacturing facility in England to take over the manufacture of MelaPure Melatonin 60 tablet bottles.

The United States Factory has been closed and the English factory will in future manufacture all product which is produced to exactly the same formulation using the same quality of material. This has been actioned so that quality standards for Genzyme produced material will continue to be improved.

Please advise the licensing authorities your area.

Sincerely

Roger Sparrow
Sales Director, International



A Division of Genzyme Limited
Registered in England No. 1656886  Registered Office: 37 Hollands Road, Haverhill, Suffolk CB9 8PU England



**37**



**PHARMACURICALS**

37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PL  ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

## Fax Transmission

**To: Kayat Trading Limited, Mr K Mechkov**

**From: Roger Sparrow**        26 January 1998        Page 1 of 2

Direct Fax Line (44) 1440 716286
Direct Phone Line (44) 1440 716232        Mobile: (44) 0410 393635

Dear Mr Mechkov

Just a note to confirm that you will not be alone in looking for a solution to the "Made in the USA" situation that faces you in Russia and the Ukraine.

I have my thinking cap on looking for a solution.

We moved the manufacture here many months ago because of the very poor product that was being produced and the fact that we had no confidence in the manufacturing capability of the supplier. For sure they would not have been able to cope with the demand.

What we produce in England is very strictly controlled as far as quality is concerned and will ensure the public who buy the product will come back for more and more.

Unfortunately in order to get the local Government Office to give us a certificate "country of origin USA" we have to give them documentary evidence that they were manufactured in the USA.

So this avenue is closed to us.

There however must be occasions where Companies who manufacture product in two locations have to inform Russian and Ukrainian Governments that manufacturing location has changed. So what would we have to do to go through a change procedure, we after all are only changing location, not the product. Can one carry out a change on the registration which is a partial change of situation, how much would this cost. This would be the legal way of doing it. We could at the same time change the manufacturer, i.e. new manufacturers in UK and company name is....... I can give you any statement you want in this case. If required I am happy to come with you to Moscow or Ukraine to explain to the committees.

Otherwise I will keep thinking what to do, there must be a way because we need to keep the orders rolling for our own company benefit.

I will speak to you tomorrow.



A Division of Genzyme Limited
Registered in England No. 1849886. Registered Office: 37 Hollands Road, Haverhill, Suffolk CB9 8PL England.





37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
C89 8PU, ENGLAND
TEL +44 1440 /03522
FAX +44 1440 /57783

Bye the way we informed 83 people in Genzyme today that their jobs were redundant and that they had to leave.

I am one of the people who leave and I know this will be on June 30th. So I need to protect my income after that. You can see therefore how important this business will be. I could run out of money without you.

Finally regarding the Vitamin Supplements we will make lots of money here, much more than Melatonin. So it is very important that you spend some time thinking about this group of products also. Spend your time on both Melatonin and vitamins because Melatonin will not be here for ever.

Keep Positive, I have never yet been beaten in 30 years of Business Life

Your Friend..............

Sincerely,

Roger Sparrow
Sales Director, International



A Division of Genzyme Limited
Registered in England No. 1850886. Registered Office: 37 Hollands Road, Haverhill, Suffolk, C89 8PU, England.



**38**

# genzyme
PHARMACEUTICALS

37 HOLLANDS ROAD
HAVERHILL SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703622
FAX +44 1440 707783

**Fax Transmission**

To: Kayat Trading Limited, Mr K Mechkov

From: Roger Sparrow          19 February 1998          Page 1 of 1

..............................................................................................................

Direct Fax Line (44) 1440 716286          Mobile: (44) 0410 393635
Direct Phone Line (44) 1440 716232          E Mail: r.sparrow@genzyme3.demon.co.uk

Dear Konstantin

I was in a meeting all morning talking about my other sales responsibilities, Mr Strongeanov called again from Moscow and left me a message to say he would call again tomorrow. When he does I will ask him to call you so that you can take control.

I am quietly going out of my mind here!!

So this afternoon I will speak to Tishcon in the United States to see if I can persuade them to start production up again. On the basis of same bottle, seal, Silica Gel, Tablet size, shape and colour.

I hope I can pull it off.

Please inform our Ukraine and Russian customers about what I am doing. Logistically it will be a nightmare for me but I will work hard for Kayat to resolve.

I must however ask that material already shipped is not returned to us as Genzyme will react badly and not let me continue. Also if you could move the 20,000 bottles I have in stock at some time for a much reduced price to Kayat this will help me also.

So please assure our customers that I am pretty sure we can deliver the original product, please get them to try and persuade the regulatory authorities that we need them to allow us the time and co-operation to achieve this.

Working for you as always.

I must however start to look for a job at the same time as my time here is drawing away fast and my bills will not go away. I loose my car, Pension, Insurance and salary, a pretty scary scenario. So I will keep you informed.

Sincerely
Roger Sparrow
Sales Director, International


A Division of Genzyme Limited
Registered in England No. 1856824 Registered Office: 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England



**39**



GENZYME LIMITED
HAVERHILL OPERATIONS
37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU. ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

**Fax Transmission**

**To: Kayat Trading Limited, Mr K Mechkov**

**From:  Roger Sparrow**          **20 May 1998**          **Page 1 of 1**

..........................................................................................................................

**Direct Fax Line (44) 1440 716286**          **Mobile: (44) 0410 393635**
**Direct Phone Line (44) 1440 716232**          **E Mail: r.sparrow@genzyme3.demon.co.uk**

Dear Mr Mechkov

I write to you with reference to the MelaPure Melatonin stocks which are presently located in
Russia and the Ukraine and unable to be sold due to location of manufacture.

As you know we innocently supplied goods manufactured at our approved facility in England rather
that our other approved site in the USA. This was a genuine error on the part of Genzyme which
has now been corrected.

I therefore can inform that you have our permission to dispose of these goods within the rules of
the countries mentioned and that we have no interest in having the goods returned to us.

Therefore please, on our behalf, find the necessary solution to the problem.

Sincerely

Roger Sparrow
Sales Director, International

Registered in England No. 1552856  Registered Office: 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England

**40**

ДЖЕНЗИМ Корп.

КАЙАТ Трейд.

## ПРЕДАРБИТРАЖНОЕ ПРЕДУПРЕЖДЕНИЕ

г.Киев,    февраля 20, 1998 года.

АО СЕРТА 6.10.1997 г. заключило Контракт № 1 - 10 / 97 М  с Вашей фирмой, предметом которого является купля-продажа Товаров, а именно, медикамента МЕЛАПУР- МЕЛАТОНИН.

Вами были предоставлены  документы  и образцы готовой продукции для проведения  регистрации препарата Мелапур Мелатонин, таблетки 0,003 г №60 во флаконах производства «Джензим Фармацевтикалс», США, в Фармакологическом Комитете Минздрава Украины.  Данный продукт  был зарегистрирован Фармкологическим Комитетом МЗ Украины  25 апреля 1997 года Регистрационное свидетельство № 2173, срок регистрации 5 лет.

Регистрационные документы предполагают соответствие следующих характеристик готового продукта требованиям сертификата качества и сертификата анализа:

1. Внешний вид упаковки  - должен полностью соответствовать образцам, предоставленным  для   регистрации в Фармакологический Комитет.
2. Укупорка флакона должна полностью соответствовать укупорке флаконов, предоставленных для регистрации  в Фармакологический Комитет.
3. Во флаконе с таблетками должен находится  пакет с силикагелем, как это представлено в образцах  упаковок.
4. Внешний вид таблеток должен соответствовать следующему описанию: таблетки белого цвета, круглые, без оболочки, средней толщины 0,225 дюйма.
5. Средний вес таблеток должен быть равен  515 мг (0,515 г),  как это предусмотрено всеми нормативно-техническими документами, предоставленными  Вашей фирмой  в досье для регистрации в Фармакологический Комитет.
6. Содержание основного вещества - мелатонина в каждой таблетке должно быть 3 мг (0,003 г).

По  указанному выше контракту Вашей фирмой  фактически был поставлен, а нашей фирмой получен товар по  таможенной декларации № 114374  от 5.11.1998 г. в количестве 1083 упаковок на сумму 16245 долларов,

по таможенной декларации №114226 от 14.11.1998 г. в количестве 9600 упаковок на сумму 144000 долларов.

11 декабря 1997 г. платежным поручением №37наша фирма оплатила полностью стоимость 1083 упаковок, путем банковского перевода на Ваш счет суммы 16245 долларов США.

В соответствии с действующим законодательством Украины каждая партия продаваемых в Украине медикаментов должна проходить контроль качества в учреждениях Государственной Инспекции Контроля Качества.

Наша фирма сдала необходимое количество таблеток Мелапур-Мелато-нина в Киевскую Лабораторию Госинспекции Контроля Качества Лекарственных Средств.

В результате проведения анализов образцов таблеток МЕЛАПУР было установлено следующее:

1. Внешний вид упаковки - упаковка посавленных серий не соответствует образцам упаковки, предоставленным для регистрации.
2. Укупорка флакона не соответствует укупорке флаконов, предоставленных в качестве образцов для регистрации в Фармакологический Комитет.
3. Во флаконах поставленных серии отсутствует силикагель, как это представлено в образцах упаковок.
4. Внешний вид таблеток соответствует следующему описанию:
   таблетки белого цвета, круглые, без оболочки,
   средняя тошина таблеток , не соответствует средней толщине таблеток, указанной в документах на регистрацию.
5. Средний вес таблеток оказался равен 395 мг (0,395 г), вместо 515 мг, указанных в сертификате и регистрационных документах, допустимое отклонение среднего веса не более 5% нарушено и фактически составляет 23%
6. Выборочный анализ таблеток свидеельствует о содержании основного вещества - мелатонина в таблетке в размере 0,0025 г, допустимое отклонение содержания основного вещества в объеме не более 5% также нарушено и фактически составляет 20%.

Данные факты явились основание для Госинспекции контроля качества вынести заключение о следующем:

1. Запретить фирме СЕРТА реализацию поставленных серий Мелапур Мелатонина производства «Джензим».
2. Изъять из аптечной сети Украины все упаковки Мелапур Мелатонина этих серий.
3. Приостановить действие Лицензии АО СЕРТА на право реализации лекарственных средств на момент выяснения обстоятельств поставок в Украину недоброкачественных серий препарат Мелапур Мелатонин
4. Направить документы о сериях препарата Мелапур-Мелатонина несоответствующих требованиям качества и регистрационных документов в Государственный Комитет Украины по защите прав потребителей.
5. Информировать Налоговую инспекцию о необходимости контроля за реализацией АО СЕРТА недоброкачественных серий препарата Мелапур Мелатонин.

6. Рекомендовать Фармакологическому Комитету МЗ Украины информировать фирму-производитель и FDA о факте поставки на рынок Украины недоброкачественных серий препарата Мелапур Мелатонин.

В связи с вышеуказанным заключением Инспекции по контролю качества наша фирма вынуждена приостановить деятельность по реализации препарата Мелапур-Мелатонин, изъять за свой счет реализованный конечным потребителям товар, вернуть потребителям перечисленные нам денежные средства.

Кроме того, в связи с приостановкой действия Лицензии АО СЕРТА на реализацию лекарственных средств, наша фирма вынуждена в одностороннем порядке разорвать договора поставок медикаментов потребителям Украины и стран СНГ. При этом среднемесячный оборот АО СЕРТА за последний год составляет 200000 долларов США в месяц, на февраль 1998 года АО СЕРТА обязано выполнить поставку лекарств на общую сумму 88000 долларов.

Статья 3 указанного выше контракта на куплю-продажу Мелатонина предполагает, что поставляемый товар должен соответствовать Сертификату качества, предоставляемому Продавцом, т.е. Вашей фирмой, фактически данное условие не выполнено.

В связи с вышеизложенным, АО СЕРТА считает, что Ваша фирма не выполнила взятые на себя обязательства по поставке качественного товара Мелапур-Мелатонин и таким образом разорвав договор в одностороннем порядке. Исходя из этого мы предлагаем Вам добровольно:

■ вернуть нам сумму 16245 долларов США своевременно оплаченных нами за поставленный недоброкачественный товар;

■ компенсировать нам фактически понесенный материальный ущерб в связи с проведением экспертизы Госинспекции контроля качества, работы по изъятию из продажи в аптеках и больницах Украины реализованного нами недоброкачественного товара, возврату конечным покупателям перечисленных нам средств на сумму 25700 долларов США

■ компенсировать нам упущенную выгоду, понесенную нами в результате приостановления деятельности Лицензии АО СЕРТА на реализацию лекарственных средств, что было допущено в результате недобросовестных действий Вашей фирмы с нарушениями условий договора, на сумму 55055 долларов.

Общая сумма нашего ущерба соответствует 97000 (девяносто семь) тысяч долларов которые мы требуем перевести нам в срок до 28 февраля 1998 года на наш счет №260041148 в АППБ АВАЛЬ, г.Киев, МФО 300335, ОКПО21622510.

В противном случае мы будем вынуждены передать дело в Международный арбитражный суд где будем требовать возврата нам вышеуказанных сумм ущерба. Напоминаем, что в случае передачи дела в суд Ваши расходы возрастут в связи с необходимостью уплаты пошлины, пени и прочих судебных издержек.

Финансовый директор                    Гл.бухгалтер

ЯРОЩ... ВСЕРТА                          МАЛЕТА В.А.

Kayat Trading

# PREARBITRATION    NOTIFICATION

City of Kiev 20 February 1998

On the 06.10.97 the Joint Stock Company SERTA has signed a contract No1-10/97 with your company subject to sales and purchase of products (medicaments Melapure-Melatonin)

You have provided to the Pharmaceutical Committee of Ukraine the documentation and samples of the product for registration procedure of the medicament Melapure-Melatonin in tablets 0,003 grams No 60 in bottles manufactured by Genzyme Pharmaceuticals  USA. The product was registered by the Pharmaceutical Committee of Ukraine (PCU) on the 25 April 1997. The registration No is 2173 and it is valid for 5 years.

Registration documents suppose to comply with the following characteristics of the product to the Quality Certificate and Analysis Certificate requirements.

1. Package appearance – should fully match the samples, provided for the registration to the PCU.
2. Bottles lids should fully match the samples, provided for the registration to the PCU.
3. The bottle with the tablets should contain a silicagel  pack, as it was provided with the samples.
4. Tablets appearance should match the following description: white colour, round shape, without coating, average thickness of 0,225 inch.
5. Average weight of the tablet should be 515 mgr. (0,515 gr.) as stated in the normative technical documentation presented to the PCU.
6. Each tablet should contain 3 mgr. (0,003 gr.) of the main ingredient - Melatonin .

According to the above mentioned contract your company has delivered and our company has received the products (custom declaration No114374 of 05.11.1998), quantity of products – 1083 packages for the amount of 16245 US Dollars as well as products (custom declaration No114226) of 14.11.98, quantity 9600 packages for the amount of 144000 US Dollars.

On the 11 December 1997 our company has made a payment of 16245 US Dollars for 1083 packages of the product by bank transfer (payment instruction No37).

In accordance with the law of Ukraine each shipment of medicaments delivered for sales in Ukraine must go though a State Inspection of Quality Control.

Our company presented a required quantity of Melatonin tablets to Kiev Laboratory of State Inspection of Quality Control for Medicaments.

The presented samples analysis stated the following:

1. Package appearance: the delivered items packaging does not match the samples presented for the registration.
2. The bottle lids do not match the corking of the samples.
3. The silicagel is missing in the delivered bottles.
4. Appearance of the tablets matches the following description: white colour, round shape, without coating, average thickness does not match the measurements stated in the presented for the registration documentation.
5. Average weight of the tablet is 395 mgr. instead of 515 mgr., as stated in the certificate and registration documents (considering that maximum permitted deviation could be no more than 5%, and in fact is 23%).
6. Selective analysis of the tablets has shown that the presence of the Melatonin ingredient is in fact 20% less, whilst the maximum permitted deviation could be no more than 5%.

Based on this data the State Inspection of Quality Control for Medicaments has reached the following resume:

1. To forbid the company SERTA distributing the delivered shipment of Melapure-Melatonin manufactured by Genzyme company.
2. To demonetize from pharmaceutical net of Ukraine all the packages of Melapure-Melatonin.
3. To suspend the License of SERTA for distributing of pharmaceuticals for the period of circumstantial ascertainment of Melapure-Melatonin products delivered to Ukraine.
4. To forward documentation of the shipment of poor quality Melapure-Melatonin, which does not comply with the quality requirements to the State Committee Consumers Rights of Ukraine.
5. To inform the Tax Inspection about the necessity to control distribution by Joint Stock Company SERTA of poor quality Melapure-Melatonin products.
6. To recommend the PCU to inform the company –manufacturer and FDA about the fact of poor quality Melapure-Melatonin Products delivery to the market of Ukraine.

In accordance with the above resume of the Quality Control Inspection our company is to stop the distribution of Melatonin, return the sold items and make a full refund to the consumers.
Other than that, with the termination of the license to distribute any medication, our company is to terminate al the agreements/contracts for delivery of medicaments to Ukraine and other CIS countries. Besides, the monthly turnover of the Joint Stock Company SERTA during the last year was 200000 US Dollars per month, and by February 1998 JS SETRA was supposed to deliver medicaments for the total amount of 88000 US Dollars.

Article 3 of the above-mentioned contract for sales and purchase of Melatonin supposes that the delivered products match the Certificate of Quality given to the consumer.

In accordance with the above, SERTA proclaims that your company did not fulfil the obligations to deliver good quality product Melapure-Melatonin, and that is why the contract is considered terminated. For that we propose the following:

1. To fully refund the amount of 16245 US Dollars, paid previously for the poor quality products.
2. To compensate our actual losses in accordance with the analysis carried out by PCU, activities, aimed at elimination of the products within pharmacies and hospitals of Ukraine, refund to consumers of received payments, total sum of 25700 US Dollars.
3. To compensate the possible profit as a result of suspension of the license, obtained by SERTA for medicaments distribution, resulted out of untrustworthy behaviour of your company, violating the agreement conditions, for the sum of 55055 US Dollars.

The total sum of our losses is 97000 US Dollars, which we demand to be transferred by the 28 February 1998 to our account No 260041148 APPG.AVASh., city of Kiev, MFO 300335 OKPO 31628510, otherwise we will be forced to forward the case to the International Arbitration Tribunal where we shall demand the refund of all the above mentioned sums. We would like to remind you that in case of court your expenses will increase on the account of the necessity to pay taxes and court fees and penalties.

Financial Director        Chief Accountant
Signed                        Signed

**41**

# *Kayat Trading Ltd*

36 Grivas Digenis Ave., P.O.Box 7863, 1682 Nicosia-Cyprus, Tel: +357-2-452680, Fax: +357-2-441928

# facsimile
## T R A N S M I S S I O N

**To:**    **Mr. Roger Sparrow. Sales director, International.**

**Our Nr:**    40/104        **Date:**20 2..98
**Your Nr:**
**Pages:**    1
**Re:**    **Order for Melanonin.**

..................................................................................................................................

Dear Mr.Sparrow,

Just now I recieved two letters from Kiev.

One of them is terrible, it is notification from CERTA that they are going to make a claim for $190,000. I sent them a big letter suggesting other ways of solution.

But second one is very good. It is from ANIT. They say that they created good demand all over Ukraine and they need to deliver proper Melatonin to 350 pharmacies to replace what they have now and they ask for 12 pallets.

On my opinion 6 pallets of 5,000 bottles each will be enough for the first delivery. But all of them must strictly correspond to requirements listed in my letter No40/101 dated 19.2.1998.

Please do your best!!!

Yours faithfully,

K.Mechkov
Director.

**42**

## *Kayat Trading Ltd*

36 Grivas Digenis Ave., P.O.Box 7863, 1682 Nicosia-Cyprus. Tel: +357-2-452680, Fax: +357-2-441928

# facsimile
## TRANSMISSION

**To:**      **Mr. Roger Sparrow. Sales director, International.**

**Our Nr:**    40/109          **Date:** 26.2.98.
**Your Nr:**
**Pages:**     1
**Re:**

..................................................................................................................................

Dear Mr.Sparrow,

The situation in Kiev still remains strained and dangerous.
Yesterday I spoke to them a few times.
The problems are now coming not only from the Ministry, but also from CERTA
because they worry that their license may be withdrawn.
As I told you before ANIT's lawer adviced them to keep telling that first delivery had
been made with the purpose to make some clinical and medical tests and also to
acquaint people, on free of charge basis of course, with the new medicine.
We can follow this advice because they managed to find a solution to keep 20480
bottles in stock until the scandal with "smuggling" is closed.
To fulfil this program and to convince the Authority that what they say it's true. they
need to have urgently more Melatonin which should be in full conformity with the
spec of the Genzyme Application.
Anit entreat me to send them at least 12 pallets because this is minimum which may
cover needs of their 350 pharmacies and as they say only in this case they will be
able to prove the Authority that first two pallets were not commercial delivery.
I agree with this and believe that only quick shipment of 12 pallets may keep us in
this case in more or less safe position.
Please do not forget that every evening there is advertisement on TV. They have
contract for the first quater of this year and they are not going to stop it.
So please do everything possible to make earliest delivery.

Yours faithfully,

K.Mechkov
Director.

P.S. Please find enclosed all detailes of the Distributor.

**43**



# genzyme

GENZYME LIMITED
37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
TLX 81333 GENFIN G
FAX +44 1440 706847

## Fax Transmission

**To: Kayat Trading Limited, Mr K Mechkov**

**From: Roger Sparrow**          26 February 1998          Page 1 of 2
..........................................................................................................................................
**Direct Fax Line (44) 1440 716286**
**Direct Phone Line (44) 1440 716232**          Mobile: (44) 0410 393635
                                                E Mail: r.sparrow@genzyme3.demon.co.uk

Dear Konstantin

Thank you for your fax, I acknowledge your order for US manufactured MelaPure Melatonin which has been increased fro 30,000 bottles to 60,000 bottles at $3 per bottle, order value $180,000.

I am in constant touch with Tishcon and will advise them today when they open for business that the order has been doubled. We send the artwork over for the labels tomorrow, I may ask you to proof read it one more time.

As the situation is so critical and as it is so difficult for me logistically to manage Tishcon, I am considering flying to New York to hold face to face discussions with Tishcon to ensure they realise how important this order is.

I have the address of the distributor, can you fill in missing phone number and fax number which will speed up the delivery when It arrives in Kiev.

**Also at this early stage I also ask if you can confirm exact documents that Genzyme USA will need to send with the order to ensure quick path through customs.**

At this moment if we assume a manufacture during week ending 27th March, this will be followed by extensive quality testing and removal to airport for the flight. I guess it will fly to London and then onto a Ukraine flight. All this takes time which I have little influence upon. So delivery to Ukraine is bound to be early April. I will of course ensure all that can be done will be done. But this type of rush order is not easy to handle from such a distance, particularly with all my other responsibilities now that my secretary and another sales person have left.

Very important not to forget, as far as your difficulties with Anit and Certa, we can prove product not smuggled, manufactured in compliance with pharmaceutical practice, documented analysis of 3mg dosage e.t.c. All this can be provided.

What do we do about Russia, also what do I do with the 20,000 + bottles Russian and Ukrainian label product I have here in store, manufactured in England, passed by our quality team. Do you have any suggestions. I also have 3 million tablets made, passed and awaiting bottling.







GENZYME LIMITED
37 HOLLANDS ROAD
HAVERHILL SUFFOLK
CB9 8PU  ENGLAND
TEL +44 1440 703622
TLX 81333 GENFIN G
FAX +44 1440 706847

I am not in good shape with Mr Termeer, I won't share the painful details with you.

I drove back to the North of England last night for Dinner with Mike Wakeman and the two directors of Natural Options. We had some interesting discussions and proposals

Sincerely  Roger Sparrow
Sales Director, International







Registered in England No. 1556064. Registered Office - 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England

44

15-APR-1998  WED 10:50  ID:GENZYME-ROGER SPARROW              TEL:441440715286        P:01
441440715296



**Fax Transmission**

**To: Konstantin**

**From:  Roger Sparrow**          **15 April 1998**          **Page 1 of  1**

GENZYME LIMITED
HAVERHILL OPERATIONS
37 HOLLANDS ROAD
HAVERHILL  SUFFOLK
CB9 8PU  ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

.........................................................................................................
**Direct Fax Line (44) 1440 716286**          **Mobile: (44) 0410 393635**
**Direct Phone Line (44) 1440 716232**          **E Mail: r.sparrow@genzyme3.demon.co.uk**

Dear Konstantin

I spoke with Frank this morning as I could not locate you.

The 20,000 bottles has been confirmed as delivered to Kiev Airport last Thursday night as per the E mail copy I sent you yesterday. If you need more help from me to trace it just call.

For the next 40,000 bottle shipment which is in Boston ready to fly, I have received a new certificate of origin stamped in the USA by Tishcon and the Maryland Chamber of Commerce. I am sending it to you today by UPS so you are ready to give it to ANIT in readiness to clear the next consignment.

I leave for 1 week holiday Thursday morning so we need to talk today about any outstanding issues.

I will come to Cyprus at end of the month.

Call me as soon as you reach the office.

Just to confirm the clearing agent in Borispol Airport is Ivana Franco on phone number 246 5620 or 246 5621. Air way Bill is 080 1500 9083 and Truck number which delivered goods is 8751.

Sincerely

Roger Sparrow
Sales Director, International

Registered in England No.  556886. Registered Office: 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England

**45**

**D'Innocenzo, Richard**

From: D'Innocenzo, Richard
Sent: Tuesday, June 30, 1998 11:57 AM
To: Sands, Charlotte
Subject: FW: Shipment to Ukraine

*ATTN: ROGER SPARROW*

Charlotte,

Would you please forward this message to Roger for me?

Thanks,
Rich

From: D'Innocenzo, Richard
Sent: Tuesday, June 30, 1998 11:28 AM
To: Sparrow, Roger
Subject: RE: Shipment to Ukraine

I have the original C/O and C/Q from Tishcon and will make a few additional copies to accompany the freight (along with the originals). I will make up the invoice as requested, showing $10 USD per bottle, total D/V $400,000.00 USD. The shipment is booked on LOT AWB# 080 1822 1695, Flt 007/3rd from JFK to Warsaw, connecting on 8751/8th from Warsaw to Kiev, ETA 17:00/8th in Kiev. As always we will track and confirm on arrival.

Rich

From: Sparrow, Roger
Sent: Tuesday, June 30, 1998 10:48 AM
To: D'Innocenzo, Richard
Subject: Shipment to Ukraine
Importance: High

Dear Rich

Please go ahead with July 2nd Shipment of 40,000 bottles to Kiev as per previous shipment route.

You should have original Certificate of Quality and original Certificate of Origin from Tishcon. I asked them last week to send them to you. You may wish to put some copies in there also.

The Commercial invoice should show 40,000 bottles at a price of $10 per bottle.

Consignee is
Medical Commers Limited
Institutskaja Str., 24/7
Kiev
Ukraine

I beleive this is where we sent it last time.

Any problems I am here.

Best Regards

Roger