**46**



**PHARMACEUTICALS**

37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
FAX +44 1440 707783

## Fax Transmission

**To: Kayat Trading Limited, Mr K Mechkov**

**From:  Roger Sparrow**                    **5 January 1998**        **Page 1 of 1**

Direct Fax Line (44) 1440 716286
Direct Phone Line (44) 1440 716232                          Mobile: (44) 0410 393635

Dear Constant

I have instigated an inquiry with the shipping company to see what exactly happened in Kiev with our shipment. It may not of course be linked to us, just a local screw up, but I will get to the bottom of it.

Sorry I could not understand what you were describing this morning, now I understand it is a Bar y Code which is read by the computer laser in the store that sells it.

I will speak to our designers this afternoon and see if it is possible for us to design it. Certainly we can put it on the label.

I will get back to you.

Sincerely

Roger Sparrow
Sales Director, International



A Division of Genzyme Limited.
Registered in England No. 1366806. Registered Office: 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England



**47**



**genzyme**
PHARMACEUTICALS

3/ HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
FAX +44 1440 70//83

## Fax Transmission

**To: Kayat Trading Ltd, Mr K Mechkov**

**From:  Roger Sparrow**          20 January 1998          **Page 1 of  1**

Direct Fax Line (44) 1440 716286
Direct Phone Line (44) 1440 716232          Mobile: (44) 0410 393635

Dear Konstantin

The Bar Code number for Genzyme MelaPure is:

**5036196000017**

As I understand it you want 26,000 bar code labels printed and shipped to Ukraine, what size do you want, please give dimensions. Also are they ok on a roll of self adhesive.

Failing this do the Ukrainians want to print them locally.

Please give instructions.

Sincerely

Roger Sparrow
Sales Director, International


A Division of Genzyme Limited
Registered in England No. 1888989. Registered Office: 3/ Hollands Road, Haverhill, Suffolk, CB9 8PU, England



**48**

**Fax Transmission**

To: Kayat Trading Limited, Mr K Mechkov

From:  Roger Sparrow              27 February 1998              Page 1 of  4

..........................................................................................................................................

Direct Fax Line (44) 1440 716286               Mobile: (44) 0410 393635
Direct Phone Line (44) 1440 716232             E Mail: r.sparrow@genzyme3.demon.co.uk

Dear Konstantin

Very important.

Here is the final draft of the Ukraine MelaPure label, please proof read as we have carried out all the corrections.

Once approved it will be too late to change!

Bar Code (USA) will be added in the States.

Sincerely

Roger Sparrow
Sales Director, International

**49**

# *Kayat Trading Ltd*

36 Grivas Digenis Ave., P.O.Box 7863, 1682 Nicosia-Cyprus. Tel: +357-2-452680, Fax: +357-2-441928

# facsimile
## TRANSMISSION

**To:**     **Mr. Roger Sparrow. Sales director, International.**

**Our Nr:**   40/116          **Date:** 3.3.98
**Your Nr:**  dated 2.3.98,  sent at 9:54.
**Pages:**    1
**Re:**

..........................................................................................................................

Dear Mr.Sparrow,

Thank you for your yesterday's letters.
Please find inclosed approved text of the Ukranian label.
There are some changes there.
Page 1, line 7, should be **ШКТ.**
Page 1, line 8, should be **Сприяє.**
Page 1, line 12, should be **Приймати.**
Page 2, line 16, there is no comma between words "**Аніт**" **Лтд.**
Page 2, line 16, should be **тел./факс.**
Page 2, lines 17, 18 should be deleted.

Of course you understand how urgently Melatonin is needed in Ukraine. So may be
you will find a way to arrange partial shipment to avoid delay.
This delivery will be under the most strict control from all Authorities in Ukraine.
For this reason please make sure it to be in full conformity with the Registration
Application.

                                            Yours faithfully,

                                            K.Mechkov
                                            Director.

Enclosure: Ukranian label on 3 pages.

Roger Hope all is oc, regards Craig.

Konstantin — Ante Proov

## ЗАСОБИ ЗАСТЕРЕЖЕННЯ

**Може викликати сонливість. Після прийома не рекомендується керувати автомобілем або іншою складною технікою.**

Не вживати разом з транквілізаторами, антидепресантами та седативними препаратами, а також особам, які страждають на ауто-імунні захворювання та гормональні порушення.

При бажанні завагітняти, під час вагітності та годування груддю приймати в разі дійсної необхідності.

Зберігати від дітей!
АГЕНТ: KAYAT TRADING LTD.
Ексклюзивний дістрибьютор в Україні: "Аніт" Лтд, тел./факс: 2944424



**genzyme** PHARMACEUTICALS
Джензайм корпорейшн, Кембрідж, МА, США

Mela Pure is a product of ©Genzyme Corporation, USA

LABE 999227

O'K.



## РЕКОМЕНДАЦІЇ ПО ЗАСТОСУВАННЮ

**Призначають для: поновлення функції сну та циркадних ритмів без побічних ефектів, лікування неврозів та наслідків впливу стресу, функціональних захворюваннях органів сердцево-судинної системи, та органів ШКТ підвищення імунітету, в якості антиоксидантного засоба. Сприяє адаптації організма при зміні часових поясів.**

**Не містить цукор, сіль, кальцій, а також жодного з відомих алергенів.**

**Приймати по 1-2 таблетці за 20-30 хвилин перед сном.**

**Кожна таблетка містить:**
**Мелатонін 3 мг**



GENZYME
QUALITY
MELATONIN

MELA G PURE

**Зберігати в сухому прохолодному місці в щільно закритій упаковці.**

**Зроблено в США**

Batch:

Manufactured:

Best Before:

Приймати
This " is extra!
Should be Приймати.



**M E L A P U R E ™**

# М Е Л А Т Н І Н

**60 ТАБЛЕТОК по 3 МГ**

Дозволено до застосування
Міністерством охорони здоров''я
України, Рег № 2173 від 25.04.97

Batch:
Manufactured:
Best Before:

**50**

Correspondence Address
VitaPure Limited
C/O Genzyme
37 Hollands Road
Haverhill
Suffolk CB9 8PU
England



**VitaPure Limited**

---

**Fax Transmission To:  Konstantin**

---

**FROM:  Roger Sparrow**

---

| Direct Fax Number:  (44) 1440 716286 | Mobile: 07775 816060 |
|---|---|
| Direct Phone Line:  (44)1440 716232 | Date: 11 August 1998 |

---

☐ Urgent     ☐ Please Action     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

---

Dear Konstantin

Got your voice mail.

You asked me if Genzyme was a member of the bar coding association and I confirmed we were.

I have sent proof of this by way of the acceptance letter and the number 5036196, which was issued to us.

We are a member of the only bar code association in the UK; they have all the big companies like Coca-Cola e.t.c.

I fail to see what else I can send you. We are members and that's that!

There follows some more information.

So if this is wrong tell me what organisation you are talking about because I am at a loss to understand. We are members! I guarantee it!!

Sincerely

Roger Sparrow

Managing Director, VitaPure Limited

Registered in England Company Number 3583747

Page 1 of 6

*PS WHERE IS THE $120,000!*



5 012345 678900 >

## Article Number Association (UK) Limited

APPLICATION FOR MEMBERSHIP  JULY 1997 - 30 JUNE 1998

(PLEASE PRINT)
Company (maximum 30 characters)  GENZYME PHARMACEUTICALS
Address          37 HOLLANDS ROAD

County          SUFFOLK                Town  HAVERHILL
                                       Postcode  CB9 8PU
Company Registration Number (if registered)  1556886
Date of company registration (new companies only)
Telephone    01440 703522             Fax  01440 707783
Co. Contact: Surname  SPARROW          Forename   ROGER
Job Title    SALES DIRECTOR INTERNATIONAL
Membership category MANUFACTURERS       No of Employees  160
(Please refer to membership application notes on page 3).

1.  What are your company's chief business areas?  Please name products/services eg. videos,
    records, ceramics, foodstuffs, etc.  If you know your SIC code category(ies), please add

    a) _____ (SIC code    ) b) _____ (SIC code

    c) _____ (SIC code    ) d) _____ (SIC code

2.  To which sector(s) do you provide goods/services, eg. health, transport, grocery, retail etc?.
    a) ____HEALTH_____        b) _____
    c) _____     d) _____

3.  Are you a member of any trade associations or organisations?
    (Eg. ECA, PIRA, AIM, ODETTE, GCA) ____CIA/BIA_____

4.  Please state your turnover for the last complete financial year £ 20 million_____
    (Turnover must be declared.  This is used to work out your subscription only and will be
    treated in the strictest confidence.  If you are a new company, write new company.)

5.  Please tick box if you require information on EDI (Electronic Data Interchange).
    (You already have this if you requested it in your information pack)          [ X ]

6.  If you are a subsidiary of another company please give the name of this company.
        GENZYME LIMITED_____

11 Kingsway  London  WC2B 6AR
Tel: 0171 836 3398   Fax: 0171 240 8149
E-mail: info@ana.org.uk  Internet: http://www.ana.org.uk
Limited by Guarantee. Registered in England No. 1256140
Registered Office as above.



7. To help us improve our service to potential members will you please tell us:

**(a) How you found out about the ANA:**

| | |
|---|---|
| From a trading partner | ☒ |
| From Business Pages | ☐ |
| From the DTI, Business Links or other small business initiatives | ☐ |
| From local libraries | ☐ |
| From Yellow Pages | ☐ |
| From the Postal Address Book | ☐ |
| From a Chamber of Commerce, the CBI or a Trade Association | ☐ |
| From an advertisement *Please state in which publication* | ☐ |

Others *Please state*

**(b) Why you are joining the ANA:**

| | |
|---|---|
| Trading partner requires bar codes on products traded with them | ☒ |
| To achieve fast and accurate data capture throughout the supply chain | ☐ |
| For better inter company communications | ☐ |
| To use location numbers in EDI | ☐ |
| To reduce stockholdings | ☐ |
| To reduce paperwork | ☐ |

Others *Please state*

---

## SUBSCRIPTION DETAILS

Membership effective from ___JANUARY 1st 1998___

| | |
|---|---|
| Subscription (see table on page 4) | £ ___60.00___ |
| Entry fee (see table on page 4) | £ ___90.00___ |
| VAT @ 17.5% | £ ___26.25___ |
| TOTAL | £ ___176.25___ |

Please indicate your preferred renewal method * Direct debit or BACS

* If you are deciding to pay by direct debit, please return the enclosed direct debit form to us now for your next year's subscription.

By becoming a member of the ANA, you will be bound by its Memorandum and Articles of Association. You are required to notify us in writing if you wish to resign from the ANA.

Signature _____   Date ___13/1/98___

Occasionally we may give your details to third parties who provide a service/product about bar coding or EDI which may be of interest to you. If you do not wish to receive these mailings please tick box.

2

# WHAT IS THE ARTICLE NUMBER ASSOCIATION?

The Article Number Association
was established by British business
in 1976 to promote and establish
the use of the EAN (international
article numbering) system.

Its aim is to improve inter-company
logistics, increase the efficiency of
trade and add value to the
organisations involved and to their
customers.

The use of the EAN system for the
identification of goods, services and
locations, bar coding, and business
communications using electronic
data interchange is providing the
foundation for improved supply
chain management.

The ANA has over 12,000 member
companies, in most trade and
industry sectors, and is a founder
member of EAN International
which directs the use of the system
in over seventy five countries.

It has developed the most widely
used electronic data interchange
standards for trade in the UK, and
works with its members and other
organisations to produce the most
efficient standards for profitable,
global trading.



Article Number Association

11 Kingsway

London   WC2B 6AR

Telephone: 0171 836 3398

Fax: 0171 240 8149

1



GA.83d

5 012345 678900 >

## Article Number Association (UK) Limited


### ARTICLE NUMBERING

Thank you for your enquiry about article numbering.   A package of basic information is enclosed, which I hope you will find of interest.   Please note that should you apply for membership now your membership will run to the end of June 1998.

If you are numbering magazines or books alone, you do not need to join this Association. Details of how to bar code magazines are available from the Periodical Publishers Association, telephone 0171-404 4166, and how to bar code books from the Book Industry Communication, telephone 0171-607 0021.

If you are trading in the USA or Canada you may wish to consider using the UPC variant of the EAN system: please contact the Secretariat for further details.

Yours sincerely

**EVAN MORGAN**
Administrative Assistant

Enc.

11 Kingsway  London  WC2B 6AR
Tel: 0171 836 3398   Fax: 0171 240 8149
E-mail: info@ana.org.uk   Internet: http://www.ana.org.uk
Limited by Guarantee. Registered in England No. 1256140
Registered Office as above.

MEMBER OF



EAN
INTERNATIONAL

**51**

# genzyme

GENZYME CORPORATION
ONE KENDALL SQUARE
CAMBRIDGE, MA 02139-1562 U.S.A.
617-252-7500
FAX 617-252-7600

Friday, December 11, 1998

Konstantin Mechkov
Kayat Trading Company Ltd.
36 Grivas Digenis Ave.
P.O. Box 7863
1682 Nicosia,
Cyprus

*via facsimile +357-2-661928*

Dear Mr. Mechkov,

Thank you again for the FAX sent to me today with the bar code information.  I am studying the table of bar codes used in Ukraine and those that are used by American companies on products made in the United States for sale into Ukraine.  I see how the MelaPure melatonin bottles are different from bar codes used there.

During this weekend I will give long thought to making a recommendation for a solution. Please expect a letter by facsimile on Monday with my thoughts.

I remain

Sincerely,

*Carol A. Greve-Philips*

Carol A. Greve-Philips
Director, Business Development

**52**





GENZYME CORPORATION
ONE KENDALL SQUARE
CAMBRIDGE, MA 02139-1562, USA.
617-252-7500
FAX 617-252-7600

Monday, December 14, 1998

Konstantin Mechkov
Kayat Trading Company Ltd.
36 Grivas Digenis Ave.
P.O. Box 7863
1682 Nicosia,
Cyprus

*via facsimile +357-2-661928*

Dear Mr. Mechkov,

I have received your fax today with the correspondence with Mr. Sparrow. It concerns me that you are interpreting VitaPure's actions as deliberately uncooperative instead of ineffective at resolving the problem. I trust that you and Mr. Sparrow can reach an amicable solution as well.

After hard thought with the best intention to resolve this problem as quickly as your Customer has generously agreed to consider I have a proposal to make to you. My thinking is as follows:

1. The bar code on the current inventory of melatonin bottles does not meet the recognition criteria in Ukraine (and possibly the remainder of Europe) although it has been allowed in Russia.
2. Resolution of this problem needs to be decided this week, by December 18th.
3. Shipment of the bottles to the packager for repackaging is not timely enough.
4. There is no new inventory to be substituted fast enough.
5. New bar code labels with the European-system bar code can be printed quickly.
6. Your cooperation is requested to provide the necessary label copy for the additional bar code label that will ensure that the bottles are recognized *as melatonin in the European system.*
7. I will then work very hard to get those labels to you as rapidly as humanly possible. Your Customer's good will may then be preserved and this unfortunate confusion may be concluded.

With my fervent hopes for the success of this solution I remain,

Sincerely,

*Carol A. Greve-Phillips*

Carol A. Greve-Phillips
Director, Business Development

**53**



**Fax Transmission**

To: Kayat Trading limited, Mr K Mechkov

From:  Roger Sparrow          23 February 1998          Page 1 of 2

GENZYME LIMITED
37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
TLX 81033 GENFN G
FAX +44 1440 706847

Direct Fax Line (44) 1440 716286          Mobile: (44) 0410 393635
Direct Phone Line (44) 1440 716232        E Mail: r.sparrow@genzyme3.demon.co.uk

Dear Konstantin

You will see from the correspondence following that I am doing all I can to deliver the new order for 30,000 bottles Ukraine label Melatonin by the week of 23rd March.

In order to complete the arrangements I need you to fax me the full address details for delivery to Kiev. I am asking you to confirm in writing as Gloria leaves us this Friday and we will have someone else looking after the paperwork who is much less experienced. So in case I am travelling they will have your documentation to refer to.

I am sure your issues with Certa will blow over as I believe like us they have not done anything fundamentally wrong. They have only distributed the product that was delivered to them.

What do we do with Russia, will you be talking to the distributor about the Tishcon situation in that we can now deliver the original product. Will they be placing an order in good time so that we do not have to rush one through for them.

It will be much easier on everyone when we can ship from stock to save all these stressful rush orders where things will potentially go wrong. It is much better to ship in a controlled fashion.

Anyway I am sure your talents will find a solution.

Please confirm delivery details.

Sincerely

Roger Sparrow
Sales Director, International






## genzyme

**Fax Transmission**

To: Kayat Trading Limited, Mr K Mechkov

From:  Roger Sparrow                23 February 1998                Page 1 of 1

GENZYME LIMITED
37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PJ, ENGLAND
TEL +44 1440 703522
TLX 81333 GENEIN G
FAX +44 1440 706847

Direct Fax Line (44) 1440 716286              Mobile: (44) 0410 393635
Direct Phone Line (44) 1440 716232            E Mail: r.sparrow@genzyme3.demon.co.uk

Dear Konstantin

Please find a letter following confirming the exit from Melatonin by Genzyme.

Boston have asked me to send this to you today for legal reasons of your contract.

You of course know that the intention is to continue this product under new ownership as from 30th June.

I, as you know, leave Genzyme on this date and details of new ownership of the brand will be discussed with you. I am not sure at this time of my future involvement because of the recent troubles I seem to have caused.

I will speak with you tomorrow.

Anyhow don't get too hung up on the letter, it is just confirmation of a situation you are already aware of.


Sincerely

Roger Sparrow
Sales Director, International







genzyme

GENZYME LIMITED
37 HOLLANDS ROAD
HAVERHILL, SUFFOLK
CB9 8PU, ENGLAND
TEL +44 1440 703522
TLX 81333 GENFIN G
FAX +44 1440 706847

## Fax Transmission

**To: Kayat Trading Limited, Mr K Mechkov**

**From: Roger Sparrow**        **23 February 1998**        Page 1 of 1

...........................................................................................................

**Direct Fax Line (44) 1440 716286**        **Mobile: (44) 0410 393635**
**Direct Phone Line (44) 1440 716232**      **E Mail: r.sparrow@genzyme3.demon.co.uk**

Dear Konstantin

I received a call from Genzyme Boston who have been reviewing all contracts we have in place with distributors for the sale of our products.

Your contract with Genzyme USA clearly states that we are obliged to give you six months written notice of our intention to cease the supply of MelaPure Melatonin due to the re-focus of our Division and its products.

Genzyme Pharmaceuticals are therefore giving you notice as of today's date 23 February 1998 that we will cease supply of MelaPure Melatonin as from 30th June 1998.

The product will be de-listed from that date.

Sincerely

Roger Sparrow
Sales Director, International





Registered in England No. 1556606. Registered office: 37 Hollands Road, Haverhill, Suffolk, CB9 8PU, England.

**54**



GENZYME CORPORATION
ONE KENDALL SQUARE
CAMBRIDGE, MA C2139-1562, U.S.A.
617-252-7500
FAX 617-252-7600

November 25, 1998

Kayat Trading
Mrs. H. Achkar
38 Grivas Digenis Ave.
P.O. Box 3393
Nicosia-Cyprus 1682
Romania

Dear Mrs H. Achkar:

**RE: MelaPure™ Melatonin Product, Transfer of Ownership**

Please be advised that Genzyme Corporation has transferred the ownership of the MelaPure™ melatonin product business to VitaPure, Ltd., 37 Hollands Road, Haverhill, Suffolk, England, CB9 8PU. This transfer has been made effective retroactively to July 1, 1998, after which time the new owner assumes responsibilities for all business activities. Please be advised that Genzyme shall no longer maintain any registration files with respect to the MelaPure™ melatonin product or the melatonin product sold under the "Sleeping Man Logo". The contact person at VitaPure, Ltd. is Roger Sparrow. He may be reached at (44) 1440-716-232 or (44) 1440-716-286 FAX. If you do not receive a communication from Mr. Sparrow within the next month, then please contact him to initiate transfer of any registrations, and to ensure proper notification of the appropriate departments at national Ministries of Health. Please forward to us copies of all correspondence so that we may accordingly close our files.

Thank you for your assistance. It has been a pleasure to work with you, and we look forward to an opportunity to do so again in the future.

Sincerely,

Mara Aspinall
President, Genzyme Pharmaceuticals Division

**55**

# ООО «АНИТ»

**Украина, г.Киев, ул.Киквидзе 30а**

17.07.2000г.

«KAYT TRADING LTD»

Директору Мешкову К.Г.

Направляем Вам информацию по количеству препарата Мелапур Мелатонин производства фирмы Джинзайм, подлежащего уничтожению.

По состоянию на 17.07.2000года на складах фирм – «Анит», «Серта», «Медикал Коммерс» г. Киев находится на хранении, до полного уничтожения – 89301 упаковка препарата Мелапур Мелатонин производства фирмы Джинзайм.



Директор
ООО «АНИТ»                          А.Кондрашкин

**Директор**
**ООО «АНИД**                          К.Шарпило

Директор
ООО «СЕРТА»                          А.Цветков

Директор
ООО «МЕДИКАЛ КОММЕРС»                В.Голубец