UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re the Application of Kayat Trading Limited,<br>                      Petitioner,<br><br>For an Order to Take Discovery of Genzyme Corporation,<br>                      Respondent<br><br>Pursuant to 28 U.S.C. § 1782 | C.A. No. 05-MBD-10147-GAO |

**MOTION TO EXTEND TIME FOR RESPOND TO
"RENEWED MOTION" FOR DISCOVERY UNDER 28 U.S.C. § 1782**

Genzyme Corporation ("Genzyme") moves to extend until September 26, 2005 the time for Genzyme to file its opposition to the "renewed motion" for discovery that Kayat Trading Limited ("Kayat") filed under 28 U.S.C. § 1782 on August 19, 2005, on the following grounds:

1. Genzyme needs additional time to consult with its counsel in Cyprus and to prepare responsive papers.

2. The lawyer at Genzyme responsible for this case is currently on vacation, and Genzyme's lead counsel in Boston, Scott P. Lewis, will be on vacation from September 2 until September 20, 2005.

3. Kayat's renewed motion seeks the same discovery that this Court denied, without prejudice, on May 23, 2005 because, among other things, Kayat's petition was premature. Kayat's renewed motion is also premature. Although the Supreme Court of Cyprus has rejected Genzyme's interlocutory appeal on the issue of *forum non conveniens*, the pleadings in Cyprus

have not been completed, and discovery has yet not begun in Cyprus. There is, as a result, no need to expedite consideration of Kayat's renewed motion.

4.  In its present motion, Kayat offers to make certain discovery available to Genzyme. Genzyme has asked Kayat to provide reasonable assurances that the discovery it has offered would, in fact, be available to Genzyme if this Court were to grant Kayat relief under § 1782. Genzyme has yet to receive any such assurances from Kayat.

For all of these reasons, Genzyme respectfully asks for leave to file its response to Kayat's renewed motion on or before September 26, 2005.

By its attorneys,

/s/ Scott P. Lewis

_____

Scott P. Lewis (BBO #298740)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

August 29, 2005

230402.1