UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re the Application of Kayat Trading Limited,<br>                 Petitioner,<br><br>For an Order to Take Discovery of Genzyme Corporation,<br>                 Respondent<br><br>Pursuant to 28 U.S.C. § 1782 | C.A. No. 05-MBD-10147-GAO |

**STIPULATION EXTENDING TIME FOR GENZYME TO RESPOND TO KAYAT'S RENEWED PETITION FOR DISCOVERY UNDER 28 U.S.C. § 1782**

The petitioner Kayat Trading Limited ("Kayat") and the respondent Genzyme Corporation ("Genzyme") stipulate that the time for Genzyme to respond to Kayat's Renewed Petition for Discovery under 28 U.S.C. § 1782 should be extended for two days, to and including September 28, 2005, to allow Kayat and Genzyme additional time to attempt to resolve by agreement the dispute presently before the Court.

| KAYAT TRADING LIMITED,<br>By its attorneys, | GENZYME CORPORATION,<br>By its attorneys, |
|---|---|
| /s/ Stephen Y. Chow | /s/ Scott P. Lewis |
| Stephen Y. Chow (BBO #082990)<br>Michael Twohig (BBO #648079)<br>PERKINS SMITH & COHEN LLP<br>One Beacon Street<br>Boston, MA 02108<br>(617) 854-4000 | Scott P. Lewis (BBO #298740)<br>PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 239-0100 |

September 26, 2005

253665.1