UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re the Application of Kayat Trading Limited,<br>                Petitioner,<br><br>For an Order to Take Discovery of Genzyme Corporation,<br>                Respondent<br><br>Pursuant to 28 U.S.C. § 1782 | C.A. No. 05-MBD-10147-GAO |

### DISCOVERY ORDER UNDER 28 U.S.C. § 1782

Upon the stipulation of petitioner Kayat Trading Limited ("Kayat") and respondent Genzyme Corporation ("Genzyme"), the Court orders that discovery under 28 U.S.C. § 1782 be conducted in accordance with the attached Discovery Plan. The Court retains jurisdiction to enforce this Order and to resolve in accordance with the Federal Rules of Civil Procedure any disputes that may arise during the course of the discovery contemplated by the Discovery Plan.

SO ORDERED,

/s/ George A. O'Toole
George A. O'Toole, Jr.,
United States District Judge

October 6, 2005