UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re the Application of<br><br>KAYAT TRADING LIMITED,<br><br>    Petitioner,<br><br>v.<br><br>for an Order to Take Discovery of<br><br>GENZYME CORPORATION,<br><br>    Respondent,<br><br>pursuant to 28 U.S.C. § 1782. | Civil Action<br>No. 05-MBD-10147-GAO |

**MOTION TO EXTEND TIME TO RESPOND TO MOTION TO COMPEL**

Because its counsel need additional time to review the papers, confer with Cyprus counsel and prepare an adequate response, Genzyme Corporation ("Genzyme") moves for a single, three-week extension of time – to October 12 – to respond to the motion to compel filed on September 7 by Kayat Trading Limited ("Kayat"). Kayat's motion papers, which include 326 pages of exhibits, were filed nearly two years after Genzyme produced the documents and more than one year after Kayat took the depositions of Genzyme witnesses that are the subject of Kayat's motion to compel.

## Local Rule 7.1(A)(2) Certificate

Counsel for Genzyme certify that they conferred with opposing counsel, explained why a three-week extension was required,[*] obtained consent only for a two-week extension and were, as a result, unable to resolve the issues raised by this motion.

By its attorneys,

/s/ Scott P. Lewis
Scott P. Lewis (BBO #298740)
Melissa C. Allison (BBO #657470)
ANDERSON & KREIGER LLP
One Canal Park
Cambridge MA  02141
(617) 621-6500
slewis@andersonkreiger.com

September 17, 2007

Certificate of Service

I hereby certify that this document filed through the ECF system was sent electronically to counsel of record for the opposing party on September 17, 2007.

/s/ Scott P. Lewis

---

[*]  See attached email from Scott P. Lewis (Genzyme's lead counsel) to Stephen Y. Chow (Kayat's counsel) explaining the circumstances.

## Scott Lewis

**From:** Scott Lewis
**Sent:** Saturday, September 15, 2007 12:14 PM
**To:** 'Stephen Y. Chow'
**Cc:** Melissa C. Allison; Brooks Savage; stephenychow@rcn.com
**Subject:** RE: Kayat/Genzyme

Steve:

Here's the problem: long before you filed your motion, I made commitments to be out of Boston for business matters from Sep 27 through Oct 2 and to be with many different witnesses who are traveling to Boston on Oct 4 and 5. For this reason, a two-week extension, as a practical matter, amounts to a one-week extension (at best) from my perspective. I need the three-week extension. I can understand your reluctance to assent to it, but even if you are unwilling to assent, I will ask the Court for three weeks, to Oct 12. Please advise whether I can note your assent or whether I should report to the Court that we were unable to obtain your assent. Thanks for your consideration.

Scott

---

**From:** Stephen Y. Chow [mailto:schow@burnslev.com]
**Sent:** Friday, September 14, 2007 7:20 PM
**To:** Scott Lewis
**Cc:** Melissa C. Allison; Brooks Savage; stephenychow@rcn.com
**Subject:** RE: Kayat/Genzyme

Scott,

Sorry I was tied up today on getting something filed in another case.

I can agree to two weeks - twice the time allotted by the Rules -- but will have to oppose anything more. We have been looking for this information for just about a year, and you've had the specific demand (except for specifying David DeLoria) for two months.

Have a good weekend.

Steve

Stephen Y. Chow, Partner
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110-1624
(617) 345-3263 (direct)
(617) 345-3299 (fax)
schow@burnslev.com

Applicable Treasury Regulations require that I inform you that any U.S. tax advice contained in this communication and any attached documents is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding U.S. tax penalties.

The information contained in this email message is privileged and confidential, and is intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or reply e-mail. Thank you.

**From:** Scott Lewis [mailto:slewis@AndersonKreiger.com]
**Sent:** Friday, September 14, 2007 1:09 PM
**To:** Stephen Y. Chow
**Cc:** Melissa C. Allison
**Subject:** Kayat/Genzyme

Because of the timing, length and complexity of your motion to compel, the press of other business in federal court and elsewhere, and long-standing business travel commitments, I will be asking the court for a single, three-week extension of time (to October 12) to respond to the motion to compel that you filed on September 7. Please let me know whether Kayat will assent to this motion. Thank you.

Scott P. Lewis
ANDERSON & KREIGER LLP
One Canal Park, Suite 200
Cambridge, MA  02141

t: 617.621.6560
f: 617.621.6660

This electronic message contains information from the law firm of Anderson & Kreiger LLP that may be privileged. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited.

9/16/2007